THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                    Plaintiffs,           )
vs.                                       )
                                          )        **CIVIL ACTION NO.**
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )        *2:07-CV-81-MHT*
**CORPORATION, et al,,**                  )
                                          )        **JURY DEMAND**
                    Defendants.           )

## SUMMONS

TO DEFENDANT:

      **A.O. SMITH ELECTRIC PRODUCTS COMPANY,** a division of **A.O. SMITH**

**CORPORATION,** 531 North Fourth Street, Tipp City, OH 45371.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: *2/6/07*

                             Debra P. Hackett, Acting Clerk

                             By :  *Debra P. Hackett*

                             Deputy Clerk

                             Clerk, U.S. District Court
                             Middle District of Alabama
                             One Church Street
                             Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                                          )
                     Plaintiffs,          )        **CIVIL ACTION NO.**
vs.                                       )
                                          )        2:07-CV-84-MHT
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )        **JURY DEMAND**
**CORPORATION, et al,,**                  )
                                          )
                     Defendants.          )

## SUMMONS

TO DEFENDANT:

    **A.O. SMITH CORPORATION**, Prentice Hall Corporation Systems, Inc., 2711

Centerville Road, Suite 400, Wilmington, DE 19808-1645.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                Debra P. Hackett, Acting Clerk

                                By:

                                Deputy Clerk

                          Clerk, U.S. District Court
                          Middle District of Alabama
                          One Church Street
                          Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                           )
                                           )
                                           )
                Plaintiffs,                )        CIVIL ACTION NO.
vs.                                        )
                                           )        2:04-CV-87-MHT
**A. O. SMITH ELECTRICAL PRODUCTS**        )
**COMPANY, a division of A.O. SMITH**      )        **JURY DEMAND**
**CORPORATION, et al,,**                   )
                                           )
                Defendants.                )

## SUMMONS

TO DEFENDANT:

    **ALBANY INTERNATIONAL,** c/o Its Registered Agent: CT Corporation System

8550 United Plaza Blvd., Baton Rouge, LA 70809.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _2/6/07_

                              Debra P. Hackett, Acting Clerk

                              By:

                              Deputy Clerk
                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                                          )
              Plaintiffs,                 )          **CIVIL ACTION NO.**
vs.                                       )
                                          )          *2:07-CV-84-MHT*
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )          **JURY DEMAND**
**CORPORATION, et al,,**                  )
                                          )
              Defendants.                 )

## SUMMONS

TO DEFENDANT:

**ALLIS-CHALMERS CORPORATION,** 1126 South 70th Street, West Allis,

Wisconsin, 53214.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: *2/6/07*

                                          Debra P. Hackett, Acting Clerk

                                          By: _____
                                          Deputy Clerk

                                          Clerk, U.S. District Court
                                          Middle District of Alabama
                                          One Church Street
                                          Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                                          )
                          Plaintiffs,     )            **CIVIL ACTION NO.**
vs.                                       )
                                          )            2 07-CV-84-MHT
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )            **JURY DEMAND**
**CORPORATION, et al,,**                  )
                                          )
                          Defendants.     )

## SUMMONS

TO DEFENDANT:

    **ARVINMERITOR, INC.** , C/O Its Registered Agent: CT Corporation System

631 Lakeland East Drive, Flowood, MS 39232.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                            Debra P. Hackett, Acting Clerk

                            By :

                            Deputy Clerk

                            Clerk, U.S. District Court
                            Middle District of Alabama
                            One Church Street
                            Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | 2:07-CV-84 MHT |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | | |

**SUMMONS**

TO DEFENDANT:

**ASTEN JOHNSON, INC.,** individually and as successor-in-interest to **ASTEN, INC.,** successor-in-interest by way of name change to **ASTEN GROUP, INC.,** formerly trading as **ASTEN-HILLS MANUFACTURING CO.,** 4399 Corporate Road, Charleston, SC 29405.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _2/6/07_

Debra P. Hackett, Acting Clerk

By _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**        )
        )
        )
      Plaintiffs,    )      **CIVIL ACTION NO.**
vs.        )
        )      *2:07-CV-84-MHT*
**A. O. SMITH ELECTRICAL PRODUCTS**  )
**COMPANY, a division of A.O. SMITH**  )
**CORPORATION, et al,,**    )      **JURY DEMAND**
        )
      Defendants.   )

## SUMMONS

TO DEFENDANT:

    **BAYER CROPSCIENCE, INC.**, individual and as successor to **AVENTIS CROPSCIENCE USA, INC.** f/k/a **RHONE-POULENCE AG CO.**, f/k/a **AMCHEM, PRODUCTS, INC.**, **BENJAMIN FOSTER CO.**, CT Corporation System, 1201 Peachtree Street, Atlanta, Georgia, 30361.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: *2/6/07*

                Debra P. Hackett, Acting Clerk

                By:

                Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | *2:07 CV-84 MIIT* |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**BELL & GOSSETT,** a subsidiary of **ITT INDUSTRIES, INC.,** c/o Robert L.

Ayers, 8200 N. Austin Avenue, Morton Grove, Illinois  60053.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT,  A signed copy of your response MUST also be filed with the court.

DATE: *2/6/07*

Debra P. Hackett, Acting Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                      )
                                                )
                                                )
                        Plaintiffs,             )          **CIVIL ACTION NO.**
vs.                                             )
                                                )          2.07 CV-81-MHT
**A. O. SMITH ELECTRICAL PRODUCTS**             )
**COMPANY, a division of A.O. SMITH**           )          **JURY DEMAND**
**CORPORATION, et al,,**                        )
                                                )
                        Defendants.             )

## SUMMONS

TO DEFENDANT:

**BECHTEL CONSTRUCTION COMPANY,** c/o Its Registered Agent:  CT

Corporation System, 631 Lakeland E. Drive, Flowood, Mississippi 39232.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | *2:07 CV-84 MHT* |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**BONDEX INTERNATIONAL INC.,** c/o Its Registered Agent: Prentice-Hall

Corporation System, Inc., 50 W. Broad Street, Columbus, Ohio 43215.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: *2/6/07*

Debra P. Hackett, Acting Clerk

By _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**ROBERT D. BELUE, et al.,**            )
                                        )
      Plaintiffs,        )
                                        )
vs.                                     )     **CIVIL ACTION NO.**
                                        )
**A. O. SMITH ELECTRICAL PRODUCTS**     )     2:07-CV-84-MHT
**COMPANY, a division of A.O. SMITH**   )
**CORPORATION; et al.,**                )
                                        )     **JURY DEMAND**
      Defendant.         )

## SUMMONS

TO DEFENDANT:

    **BORG-WARNER CORPORATION,** by its successor in interest,

**BORGWARNER MORSE TEC INC.,** 3850 Hamlin Road, Auburn Hills, MI 48326.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., **One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                    Debra P. Hackett, Acting Clerk

                                      By :

                                      Deputy Clerk

                                      Clerk, U.S. District Court
                                      Middle District of Alabama
                                      One Church Street
                                      Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**            )
                                      )
            Plaintiffs,               )
                                      )         **CIVIL ACTION NO.**
vs.                                   )
                                      )         $\alpha\!:\!07$-$CV$-$81$-$M11T$
**A. O. SMITH ELECTRICAL PRODUCTS**   )
**COMPANY, a division of A.O. SMITH** )
**CORPORATION, et al,,**              )         **JURY DEMAND**
                                      )
            Defendants.               )

<u>**SUMMONS**</u>

TO DEFENDANT:

    **BP AMERICA**, as successor in interest to **AMOCO CHEMICAL COMPANY, AMOCO CHEMICALS COMPANY, PLASKON ELECTRONIC MINERALS, AVISUN CORP., CARBORUNDUM, ATLANTIC RICHFIELD COMPANY/ARCO METALS**, as successor in interest to **ANACONDA AMERICAN BRASS COMPANY, AMERICAN BRASS COMPANY, AND ANACONDA COMPANY**, c/o ATTN: Legal Department, 200 East Randolph Drive, Chicago, IL 60601.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                   Debra P. Hackett, Acting Clerk

                                   By:

                                    Deputy Clerk

                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                    )
                                             )
        Plaintiffs,                      )
                                             )
vs.                                          )        **CIVIL ACTION NO.**
                                             )
**A. O. SMITH ELECTRICAL PRODUCTS**          )        *2:07-CV-84-MHT*
**COMPANY, a division of A.O. SMITH**        )
**CORPORATION, et al,,**                     )        **JURY DEMAND**
                                             )
        Defendants.                      )
                                             )

## <u>SUMMONS</u>

TO DEFENDANT:

    **BP AMOCO CHEMICAL COMPANY,** c/o It's President ML Noetzel, 200 E.

Randolph Drive, Chicago, IL 60601.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of **Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: ___*2/6/07*___

                               Debra P. Hackett, Acting Clerk

                               By:

                               Deputy Clerk

                               Clerk, U.S. District Court
                               Middle District of Alabama
                               One Church Street
                               Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                    )
                                              )
               Plaintiffs,                )
                                              )        **CIVIL ACTION NO.**
vs.                                           )
                                              )        $2107-CV \cdot 84-MHT$
**A. O. SMITH ELECTRICAL PRODUCTS**           )
**COMPANY, a division of A.O. SMITH**         )
**CORPORATION; et al.,**                      )        **JURY DEMAND**
                                              )
              Defendant.               )

## SUMMONS

TO DEFENDANT:

    **BUFFALO PUMP, INC.,** 874 Oliver Street, North Tonawanda, New York 14120,

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of **G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: $2/6/07$

                           Debra P. Hackett, Acting Clerk

                           By

                           Deputy Clerk

                           Clerk, U.S. District Court
                           Middle District of Alabama
                           One Church Street
                           Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                                          )
               Plaintiffs,                )          **CIVIL ACTION NO.**
vs.                                       )
                                          )          $2:07\text{-}CV\text{-}81\text{-}MHT$
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )
**CORPORATION; et al.,**                  )          **JURY DEMAND**
                                          )
               Defendant.                 )

## SUMMONS

TO DEFENDANT:

      **CLARK-RELIANCE CORPORATION,** c/o Mr. Dennis L. Pesek, 16633 Foltz,

Industrial Parkway, Strongsville, OH  44136.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT,  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                   Debra P. Hackett, Acting Clerk

                                   By:

                                        Deputy Clerk

                                   Clerk, U.S. District Court
                                   Middle District of Alabama
                                   One Church Street
                                   Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**          )
                                     )
          Plaintiffs,                )
                                     )          CIVIL ACTION NO.
vs.                                  )
                                     )          2:07-CV-84-MHT
**A. O. SMITH ELECTRICAL PRODUCTS**  )
**COMPANY, a division of A.O. SMITH**)
**CORPORATION; et al.,**             )          **JURY DEMAND**
                                     )
          Defendant.                 )

<u>**SUMMONS**</u>

TO DEFENDANT:

    **CLEAVER BROOKS,** a division of **AQUA-CHEM,** 11950 West Lake Park Drive

Milwaukee, WI 53224.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _2/6/07_

                              Debra P. Hackett, Acting Clerk

                              By :

                                    Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, et al.,** | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) |
| **COMPANY, a division of A.O. SMITH** | ) |
| **CORPORATION, et al,,** | ) |
| | ) |
| Defendants. | ) |

**CIVIL ACTION NO.**

2:07-CV-84-MHT

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

**CONWED CORPORATION**, 315 Park Avenue South, 20th Floor, New York, NY

10010.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| | ) | |
| vs. | ) | $2:07-CV-84\ MHT$ |
| | ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | | |

## SUMMONS

TO DEFENDANT:

     **COOPER INDUSTRIES, LLC, f/n/a COOPER INDUSTRIES, INC. ,**

individually and as successor-in-interest to **CROUSE-HINDS,** c/o Its President, 600 Travis,

Suite 5800, Houston, TX 77002-1001.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/06/07

                                Debra P. Hackett, Acting Clerk

                                By :

                                Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | *2:07-cv-84-MHT* |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | |
| **CORPORATION; et al.,** | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

    **CRANE CO.**, individually and as successor in interest to **DEMING PUMP,
CYCLOTHERM, HYDRO-AIRE, LEAR ROMEC, RESISTOFLEX, SWARTWOUT
CO., STOCKHAM VALVE COMPANY, WEINMAN PUMP COMPANY, HEMPUMP,**
and **BURKS PUMPS**, c/o its CEO, Robert S. Evans, CT Corporation, 1201 Peachtree St.,
N.E., Atlanta, GA 30361.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: *2/6/07*

                        Debra P. Hackett, Acting Clerk

                        By:

                        Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,                    )
                                          )
                                          )
              Plaintiffs,                 )          CIVIL ACTION NO.
vs.                                       )
                                          )          2:07 CV - 8 4 · MHT
A. O. SMITH ELECTRICAL PRODUCTS           )
COMPANY, a division of A.O. SMITH         )          JURY DEMAND
CORPORATION, et al,,                      )
                                          )
              Defendants.                 )

## SUMMONS

TO DEFENDANT:

        **CRANE PUMPS SYSTEMS**, individually and as successor to all pump companies

acquired by **CRANE**, 420 Third Street, Piqua, Ohio, 45356.

        You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                    Debra P. Hackett, Acting Clerk

                                    By: _____
                                         Deputy Clerk

                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | *2:07-CV-84 MHT* |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**CUTLER HAMMER,** currently referred to as **EATON ELECTRICAL, INC.,** c/o

The Corporation Company. 2000 Interstate Park Drive, Suite 204, Montgomery, AL  36109.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT,  A signed copy of your response MUST also be filed with the court.

DATE: __2/6/07__

Debra P. Hackett, Acting Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
            Plaintiffs,                   )
                                          )          **CIVIL ACTION NO.**
vs.                                       )
                                          )          *2:07-CV-84-MHT*
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )
**CORPORATION; et al.,**                  )          **JURY DEMAND**
                                          )
            Defendant.                    )

## SUMMONS

TO DEFENDANT:

    **EATON CORP.**, c/o The Corporation Company, 2000 Interstate Park Drive, Suite

204, Montgomery, AL 36109.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: *2/06/07*

                                        Debra P. Hackett, Acting Clerk

                                        By : _____

                                               Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**         )
)
)
Plaintiffs,       )
vs.                            )
)
**A. O. SMITH ELECTRICAL PRODUCTS**  )
**COMPANY, a division of A.O. SMITH**  )
**CORPORATION, et al,,**        )
)
Defendants.    )

**CIVIL ACTION NO.**

2:07-CV-84-MHT

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

**EMERSON ELECTRIC CO.** 180 Cherokee Street NE, Marietta, GA 30060.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                    )
                                              )
                                              )
            Plaintiffs,                       )         **CIVIL ACTION NO.**
                                              )
vs.                                           )         2:07-CV-84-MHT
                                              )
**A. O. SMITH ELECTRICAL PRODUCTS**           )
**COMPANY, a division of A.O. SMITH**         )         **JURY DEMAND**
**CORPORATION; et al.,**                       )
                                              )
            Defendant.                        )

## SUMMONS

TO DEFENDANT:

   **EXTECO, INC., f/k/a THERMO ELECTRIC CO., INC.,** 109 North Fifth Street,

Saddle Brook, NJ 07663.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _2/6/07_

                                   Debra P. Hackett, Acting Clerk

                              By: _____

                                   Deputy Clerk

                              Clerk, U.S. District Court
                              Middle District of Alabama
                              One Church Street
                              Montgomery, Alabama  36104

THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | **CIVIL ACTION NO.** |
| vs. | ) ) | 2:07-CV-84-MHT |
| **A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION; et al.,** | ) ) ) | **JURY DEMAND** |
| Defendant. | ) ) ) | |

## SUMMONS

TO DEFENDANT:

    **FMC CORPORATION,** individually and on behalf of its former **CONSTRUCTION EQUIPMENT GROUP,** and former **PEERLESS PUMP DIVISION, COFFIN TURBO PUMPS and CHICAGO PUMPS,**

    c/o C.T. Corporation Systems, 1201 Peachtree Street, NE, Atlanta, GA  30301.

      You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By : _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                 )
                                           )
              Plaintiffs,                  )
                                           )          **CIVIL ACTION NO.**
vs.                                        )
                                           )          2:07-CV-84-MHT
**A. O. SMITH ELECTRICAL PRODUCTS**        )
**COMPANY, a division of A.O. SMITH**      )          **JURY DEMAND**
**CORPORATION, et al,,**                   )
                                           )
              Defendants.                  )
                                           )

## SUMMONS

TO DEFENDANT:

    **FLAME REFRACTORIES, INC.,** c/o Its Agent for Service, CT Corporation

System, 225 Hillsborough Street, Raleigh, NC  27603.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                              Debra P. Hackett, Acting Clerk

                              By

                                    Deputy Clerk

                                Clerk, U.S. District Court
                                Middle District of Alabama
                                One Church Street
                                Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                    )
                                              )
            Plaintiffs,                       )
                                              )        **CIVIL ACTION NO.**
vs.                                           )
                                              )
**A. O. SMITH ELECTRICAL PRODUCTS**           )        *2:07-CV-84-MHT*
**COMPANY, a division of A.O. SMITH**         )
**CORPORATION; et al.,**                      )
                                              )        **JURY DEMAND**
            Defendant.                        )

<u>**SUMMONS**</u>

TO DEFENDANT:

    **FOSECO, INC.,** c/o The Corporation Trust Company, 1209 N. Orange Street,

Wilmington, DE  19801.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: *2/6/07*

                                      Debra P. Hackett, Acting Clerk

                                       By :

                                          Deputy Clerk

                                       Clerk, U.S. District Court
                                       Middle District of Alabama
                                       One Church Street
                                       Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                          )
                                                    )
                                                    )
                    Plaintiffs,                     )          **CIVIL ACTION NO.**
                                                    )
vs.                                                 )          2:07-CV-84 MHT
                                                    )
**A. O. SMITH ELECTRICAL PRODUCTS**                 )
**COMPANY, a division of A.O. SMITH**               )
**CORPORATION; et al.,**                            )          **JURY DEMAND**
                                                    )
                    Defendant.                      )

## SUMMONS

TO DEFENDANT:

**FOSTER-WHEELER CORPORATION,** c/o The Prentice-Hall Corporation

System, Inc., 80 State Street, Albany, NY 12207.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
           Plaintiffs,                )
                                          )      CIVIL ACTION NO.
vs.                                       )
                                          )    $2:07-CV-84-MHT$
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )
**CORPORATION; et al.,**                  )      **JURY DEMAND**
                                          )
           Defendant.                 )

## SUMMONS

TO DEFENDANT:

    **GARLOCK SEALING TECHNOLOGIES, L.L.C.,** c/o C T Corporation System,

225 Hillsborough Street, Raleigh, NC  27603.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                    Debra P. Hackett, Acting Clerk

                    By :

                         Deputy Clerk

                Clerk, U.S. District Court
                Middle District of Alabama
                One Church Street
                Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | $2.07-CV-84$ $MHT$ |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**GENERAL ELECTRIC COMPANY,** c/o Its Registered Agent: C T Corporation

System, One Commercial Plaza, Hartford, CT 06103.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT, A signed copy of your response MUST also be filed with the court.

DATE: $2/6/07$

Debra P. Hackett, Acting Clerk

By _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                  )
                                            )
        Plaintiffs,                         )
vs.                                         )          **CIVIL ACTION NO.**
                                            )
**A. O. SMITH ELECTRICAL PRODUCTS**         )          _2:07-CV-84 MHT_
**COMPANY, a division of A.O. SMITH**       )
**CORPORATION; et al.,**                    )          **JURY DEMAND**
                                            )
        Defendant.                          )

## SUMMONS

TO DEFENDANT:

    **GOODYEAR TIRE AND RUBBER CO.,** c/o Its Registered Agent: C.T.

Corporation Systems, 621 Lakeland Drive East, Flowood, MS 39208.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _2/06/07_

                                Debra P. Hackett, Acting Clerk

                                By: _[signature]_

                                    Deputy Clerk

                                Clerk, U.S. District Court
                                Middle District of Alabama
                                One Church Street
                                Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                                          )
            Plaintiffs,                    )          **CIVIL ACTION NO.**
                                          )
vs.                                        )          $2:07 \cdot CV \cdot 84 \cdot MHT$
                                          )
**A. O. SMITH ELECTRICAL PRODUCTS**        )
**COMPANY, a division of A.O. SMITH**      )          **JURY DEMAND**
**CORPORATION; et al.,**                   )
                                          )
            Defendant.                     )

## SUMMONS

TO DEFENDANT:

    **GOULDS PUMPS, INC.,** C/O Its Registered Agent: The Corporation Trust,

Company, 1209 Orange Street, Wilmington, DE 19801.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/06/07                           Debra P. Hackett, Acting Clerk

                                        By
                                            Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                 )
                                           )
                                           )
            Plaintiffs,                    )        **CIVIL ACTION NO.**
                                           )
vs.                                        )        *2:07-CV-84-MHT*
                                           )
**A. O. SMITH ELECTRICAL PRODUCTS**        )
**COMPANY, a division of A.O. SMITH**      )        **JURY DEMAND**
**CORPORATION, et al,,**                   )
                                           )
            Defendants.                    )

## SUMMONS

TO DEFENDANT:

    **HARNISCHFEGER CORPORATION**, P. O. Box 554, Milwaukee, Wisconsin
53201.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT, A signed copy of your response MUST also be filed with the court.

DATE: *2/06/07*

                      Debra P. Hackett, Acting Clerk

                      By:

                          Deputy Clerk

            Clerk, U.S. District Court
            Middle District of Alabama
            One Church Street
            Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                                                )
                                                                                       )
                                                                                       )
                              Plaintiffs,                                          )                    **CIVIL ACTION NO.**
vs.                                                                                  )
                                                                                       )                    2:07-CV-84-MHT
**A. O. SMITH ELECTRICAL PRODUCTS**    )
**COMPANY, a division of A.O. SMITH**         )                    **JURY DEMAND**
**CORPORATION; et al.,**                                   )
                                                                                       )
                              Defendant.                                        )

## SUMMONS

TO DEFENDANT:

**HOBART BROTHERS COMPANY,** c/o Its President, 600 W. Main Street, Troy, OH

45373.

        You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/06/07

                                                                Debra P. Hackett, Acting Clerk

                                                                By:

                                                                Deputy Clerk

                                                                Clerk, U.S. District Court
                                                                Middle District of Alabama
                                                                One Church Street
                                                                Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                    )
                                              )
                      Plaintiffs,             )
                                              )          **CIVIL ACTION NO.**
vs.                                           )
                                              )          2:07-CV-84-MHT
**A. O. SMITH ELECTRICAL PRODUCTS**           )
**COMPANY, a division of A.O. SMITH**         )
**CORPORATION; et al.,**                      )          **JURY DEMAND**
                                              )
                      Defendant.              )
                                              )

## SUMMONS

TO DEFENDANT:

**HONEYWELL, INC.,** specifically excluding liability for NARCO, individually and as successor to **ALLIED SIGNAL, BENDIX, WHEELABRATOR, RUST ENGINEERING,** and **ALLIED CHEMICAL,** C/O REGISTERED AGENT FOR SERVICE: CORPORATION SERVICE COMPANY, 380 JACKSON STREET, SUITE 418, ST. PAUL, MN 55101.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,                      )
                                            )
                                            )
                Plaintiffs,                 )           CIVIL ACTION NO.
                                            )
vs.                                         )           2:07-CV-84-MHT
                                            )
A. O. SMITH ELECTRICAL PRODUCTS             )
COMPANY, a division of A.O. SMITH           )           JURY DEMAND
CORPORATION, et al,,                        )
                                            )
                Defendants.                 )

## SUMMONS

TO DEFENDANT:

    **IMO INDUSTRIES, INC.,** formerly **IMO DE LAVAL,** formerly

**TRANSAMERICA DE LAVAL TURBINE,** C/O Its Registered Agent: The Corporation

Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., **One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                    Debra P. Hackett, Acting Clerk

                                    By:

                                        Deputy Clerk

                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| | ) | |
| vs. | ) | $2{:}07{\cdot}CV{-}84{\cdot}MHT$ |
| | ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | **JURY DEMAND** |
| **COMPANY, a division of A.O. SMITH** | ) | |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

### SUMMONS

TO DEFENDANT:

**INDUSTRIAL HOLDINGS, CORPORATION** f/k/a **THE CARBORUNDUM COMPANY**, a New York Corporation, c/o Its Registered Agent: Prentice-Hall Corporation Systems, Inc., 80 State Street, Albany, NY 12207.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**

)
)
)
Plaintiffs,                               )                  **CIVIL ACTION NO.**
)
vs.                                       )                  $2:07$-CV 84-MHT
)
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )                  **JURY DEMAND**
**CORPORATION; et al.,**                  )
)
Defendant.                            )

## SUMMONS

TO DEFENDANT:

**INGERSOLL-RAND COMPANY,** 180 Cherokee Street NE,  Marietta, GA 30060.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: _2/6/07_

Debra P. Hackett, Acting Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**         )
                                   )
                                   )
        Plaintiffs,        )      **CIVIL ACTION NO.**
                                   )
vs.                               )    2:07-CV-84-MHT
                                   )
**A. O. SMITH ELECTRICAL PRODUCTS** )
**COMPANY, a division of A.O. SMITH**   )      **JURY DEMAND**
**CORPORATION; et al.,**           )
                                   )
        Defendant.

## SUMMONS

TO DEFENDANT:

    **ITT INDUSTRIES, INC.,** c/o Its Registered Agent C T Corporation System, 111

Eighth Avenue, New York, NY  10011.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                Debra P. Hackett, Acting Clerk

                                By :

                                     Deputy Clerk

                                Clerk, U.S. District Court
                                Middle District of Alabama
                                One Church Street
                                Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,** )
)
Plaintiffs, )
)            **CIVIL ACTION NO.**
vs. )
)            2:07-CV-84-MHT
**A. O. SMITH ELECTRICAL PRODUCTS** )
**COMPANY, a division of A.O. SMITH** )
**CORPORATION; et al.,** )            **JURY DEMAND**
)
Defendant. )

## SUMMONS

TO DEFENDANT:

   **JOHN CRANE** f/k/a **JOHN CRANE PACKING COMPANY**, a Delaware

Corporation, c/o Its Registered Agent: The Corporation Trust Center, 1201 Orange Street,

Wilmington, DE  19801.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                             Debra P. Hackett, Acting Clerk

                                        By: _____
                                             Deputy Clerk

                         Clerk, U.S. District Court
                         Middle District of Alabama
                         One Church Street
                         Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**              )
                                        )
            Plaintiffs,                 )
                                        )          **CIVIL ACTION NO.**
vs.                                     )
                                        )          *2:07-CV-84-MHT*
**A. O. SMITH ELECTRICAL PRODUCTS**     )
**COMPANY, a division of A.O. SMITH**   )          **JURY DEMAND**
**CORPORATION; et al.,**                )
                                        )
            Defendant.                  )

## SUMMONS

TO DEFENDANT:

   **KAISER GYPSUM COMPANY, INC.,** CT Corporation System, 818 West 7th Street,

Los Angeles, CA 90017.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT, A signed copy of your response MUST also be filed with the court.

DATE: *2/6/07*

                                        Debra P. Hackett, Acting Clerk

                                        By:

                                        Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                    )
                                              )
                                              )
                    Plaintiffs,               )        CIVIL ACTION NO.
                                              )
vs.                                           )        2:07-CV-84-MHT
                                              )
**A. O. SMITH ELECTRICAL PRODUCTS**          )
**COMPANY, a division of A.O. SMITH**         )        **JURY DEMAND**
**CORPORATION; et al.,**                       )
                                              )
                    Defendant.

## SUMMONS

TO DEFENDANT:

**KELLY-MOORE PAINT COMPANY, INC.,** c/o Its President, 987 Commercial

St., San Carlos, CA 94070.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                        Debra P. Hackett, Acting Clerk

                                        By

                                        Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                          )
                                                    )
                                                    )
                    Plaintiffs,                     )          **CIVIL ACTION NO.**
                                                    )
vs.                                                 )          $2:07-CV-84-MHT$
                                                    )
**A. O. SMITH ELECTRICAL PRODUCTS**                 )
**COMPANY, a division of A.O. SMITH**               )          **JURY DEMAND**
**CORPORATION; et al.,**                            )
                                                    )
                    Defendant.                      )

### SUMMONS

TO DEFENDANT:

**THE LINCOLN ELECTRIC COMPANY,** c/o H. Jay Elliot or Ellis F. Smolik,

22801 St. Clair Avenue, Cleveland, Ohio 44117.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT/ A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                        Debra P. Hackett, Acting Clerk

                                        By

                                        Deputy Clerk

                                        Clerk, U.S. District Court
                                        Middle District of Alabama
                                        One Church Street
                                        Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                    )
                                              )
                    Plaintiffs,               )
                                              )        **CIVIL ACTION NO.**
vs.                                           )
                                              )        2:07-cv-84-MHT
**A. O. SMITH ELECTRICAL PRODUCTS**           )
**COMPANY, a division of A.O. SMITH**         )
**CORPORATION; et al.,**                       )        **JURY DEMAND**
                                              )
                    Defendant.                )

### SUMMONS

TO DEFENDANT:

**MAREMOUNT CORPORATION,** c/o Its Registered Agent: The Corporation Trust

Company, 1209 Orange Street, Wilmington, DE  19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By :

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                           )
   Plaintiffs,               )
vs.                                        )  **CIVIL ACTION NO.**
                                           )
**A.O. SMITH ELECTRICAL PRODUCTS**         )  2:07-CV-84-MHT
**COMPANY, a division of A.O. SMITH**      )
**CORPORATION, et al,,**                   )  **JURY DEMAND**
                                           )
   Defendants.               )
                                           )

### SUMMONS

TO DEFENDANT:

  **METROPOLITAN LIFE INSURANCE COMPANY**, One MetLife Plaza, 27-01

Queens Plaza North, Long Island City, New York 11101.

  You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/06/07

       Debra P. Hackett, Acting Clerk

       By:

       Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                                          )
                   Plaintiffs,            )            CIVIL ACTION NO.
                                          )
vs.                                       )          2:04-CV-84-MHT
                                          )
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )            **JURY DEMAND**
**CORPORATION, et al,,**                  )
                                          )
                   Defendants.            )

## SUMMONS

TO DEFENDANT:

    **NIKKO MATERIALS USA, INC.,** d/b/a **GOULD ELECTRONICS INC.,** individually and as successor in interest to **GOULDS, INC., IMPERIAL CORPORATION, EASTMAN CORPORATION, IMPERIAL EASTMAN CORPORATION, ITE CIRCUIT BREAKER COMPANY, AND CENTURY ELECTRIC**, 34929 Curtis Boulevard, Eastlake, Ohio, 449095.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                        Debra P. Hackett, Acting Clerk

                        By:

                          Deputy Clerk

                        Clerk, U.S. District Court
                        Middle District of Alabama
                        One Church Street
                        Montgomery, Alabama 36104

THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| | ) | |
| vs. | ) | |
| | ) | 2:07-CV-84-WHT |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

TO DEFENDANT:

**Rapid American Corporation**,
c/o The McCrory Corporation, 1700 Broadway, New York, New York 10019.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/4/07

Debra P. Hackett, Acting Clerk

By

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                                          )
              Plaintiffs,                 )              **CIVIL ACTION NO.**
vs.                                       )
                                          )              2:07-CV-84-MHT
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )              **JURY DEMAND**
**CORPORATION, et al,,**                  )
                                          )
              Defendants.                 )

<u>SUMMONS</u>

TO DEFENDANT:

**OGLEBAY NORTON COMPANY,** North Point Tower, 1001

Lakeside Avenue, 15th Floor, Cleveland, Ohio, 44114.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

BY: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                                          )
            Plaintiffs,                   )       **CIVIL ACTION NO.**
vs.                                       )
                                          )       $2:07\text{-}CV\text{-}84\text{-}MHT$
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )       **JURY DEMAND**
**CORPORATION; et al.,**                  )
                                          )
            Defendant.                    )

## SUMMONS

TO DEFENDANT:

**OWENS-ILLINOIS, INC.,** an Ohio Corporation, c/o its registered agent: The

Corporation Trust Co., Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _2/6/07_

                                          Debra P. Hackett, Acting Clerk

                                          By:

                                                  Deputy Clerk


                                          Clerk, U.S. District Court
                                          Middle District of Alabama
                                          One Church Street
                                          Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                    )
                                              )
                 Plaintiffs,                  )
vs.                                           )        **CIVIL ACTION NO.**
                                              )
**A. O. SMITH ELECTRICAL PRODUCTS**           )
**COMPANY, a division of A.O. SMITH**         )        _____
**CORPORATION, et al,,**                      )
                                              )        **JURY DEMAND**
                 Defendants.                  )
                                              )

## SUMMONS

TO DEFENDANT:

   **P&H CRANES**, 4400 W. National Avenue, Milwaukee, Wisconsin 53201.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT,  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                    Debra P. Hackett, Acting Clerk

                                    By:

                                          Deputy Clerk

                                    Clerk, U.S. District Court
                                    Middle District of Alabama
                                    One Church Street
                                    Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
      Plaintiffs,                  )
                                          )
vs.                                       )
                                          )      **CIVIL ACTION NO.**
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )      2:07-CV-84-MHT
**CORPORATION, et al,,**                  )
                                          )      **JURY DEMAND**
      Defendants.                  )
                                          )

### SUMMONS

TO DEFENDANT:

     **PNEUMO ABEX LLC,** successor in interest to **ABEX CORPORATION,  ,**

successor in interest to **ABEX CORPORATION,** highest ranking officer at 3rd Street and

Jefferson Avenue, Camden, NJ  08104.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                              Debra P. Hackett, Acting Clerk

                              By:

                              Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                    )
                                              )
                    Plaintiffs,               )
                                              )        CIVIL ACTION NO.
vs.                                           )
                                              )        $2:07$-$CV$-$84$-$MHT$
**A. O. SMITH ELECTRICAL PRODUCTS**           )
**COMPANY, a division of A.O. SMITH**         )
**CORPORATION; et al.,**                      )        **JURY DEMAND**
                                              )
                    Defendant.                )
                                              )

## SUMMONS

TO DEFENDANT:

**ROCKWELL AUTOMATION**, successor by merger to **ALLEN-BRADLEY CO. ,**

**LLC,** c/o Its President, 1201 S. 2nd Street, Milwaukee, Wisconsin 53204.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,                    )
                                          )
                                          )
              Plaintiffs,                 )          CIVIL ACTION NO.
                                          )
vs.                                       )          2:07 CV·84-MHT
                                          )
A. O. SMITH ELECTRICAL PRODUCTS           )
COMPANY, a division of A.O. SMITH         )          JURY DEMAND
CORPORATION; et al.,                      )
                                          )
              Defendant.                  )

## SUMMONS

TO DEFENDANT:

    **SQUARED D COMPANY,** c/o Its Registered Agent, Illinois Corporation Service,

801 Adlai Stevenson Drive, Springfield, IL  62703.

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.  of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07                              Debra P. Hackett, Acting Clerk

                                          By

                                          Deputy Clerk

                            Clerk, U.S. District Court
                            Middle District of Alabama
                            One Church Street
                            Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | 2:07-CV-84-MHT |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION, et al,,** | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

TO DEFENDANT:

**SUNBEAM PRODUCTS INCORPORATED, f/k/a SUNBEAM**

**CORPORATION,** c/o Its Registered Agent: CT Corporation, 631 Lakeland East Dr.

Flowood, MS 39232-8815.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., **One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                 Plaintiffs,              )
                                          )        CIVIL ACTION NO.
vs.                                       )
                                          )        *2:07-CV-84-MHT*
**A. O. SMITH ELECTRICAL PRODUCTS**       )
**COMPANY, a division of A.O. SMITH**     )        **JURY DEMAND**
**CORPORATION, et al,,**                  )
                                          )
                 Defendants.              )
                                          )

### SUMMONS

TO DEFENDANT:

   **SURFACE COMBUSTION,** 1700 Indian Wood Circle, Maumee, Ohio 43537.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _2/6/07_

Debra P. Hackett, Acting Clerk

By: _____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**     )
             )
             )
    Plaintiffs,    )   **CIVIL ACTION NO.**
             )
vs.           )   2:07-CV-84-MHT
             )
**A. O. SMITH ELECTRICAL PRODUCTS** )
**COMPANY, a division of A.O. SMITH** )   **JURY DEMAND**
**CORPORATION; et al.,**    )
             )
    Defendant.

## SUMMONS

TO DEFENDANT:

  **TH AGRICULTURE & NUTRITION, LLC,** c/o CSC Lawyers Incorporation

Service Co., 800 Brazos, Austin, TX 78701.

  You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** **of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

         Debra P. Hackett, Acting Clerk

         By

         Deputy Clerk


    Clerk, U.S. District Court
    Middle District of Alabama
    One Church Street
    Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,** )
)
)
Plaintiffs, )
vs. )
)
**A. O. SMITH ELECTRICAL PRODUCTS** )
**COMPANY, a division of A.O. SMITH** )
**CORPORATION; et al.,** )
)
Defendant. )

**CIVIL ACTION NO.**

2:07-CV-84-MHT

**JURY DEMAND**

## SUMMONS

TO DEFENDANT:

**UNION CARBIDE CORPORATION,** c/o The Corporation Company, 30600

Telegraph Road, Bingham Farms, MI 48025.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By:

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                     )
                                               )
                                               )
                    Plaintiffs,                )        **CIVIL ACTION NO.**
                                               )
vs.                                            )        2:07-CV-84-MHT
                                               )
**A. O. SMITH ELECTRICAL PRODUCTS**            )        **JURY DEMAND**
**COMPANY, a division of A.O. SMITH**          )
**CORPORATION, et al,,**                       )
                                               )
                    Defendants.

## SUMMONS

TO DEFENDANT:

   **UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC.**, c/o Its

Registered Agent: Prentice-Hall Corporation System, Inc., 830 Bear Tavern Road, West

Trenton, NJ 08608.

   You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., **One**

**Independence Plaza, Suite 612, Birmingham, Alabama  35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                                      Debra P. Hackett, Acting Clerk

                                      By:

                                          Deputy Clerk

                                      Clerk, U.S. District Court
                                      Middle District of Alabama
                                      One Church Street
                                      Montgomery, Alabama  36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JAMES R. BAIN, et al.,**                )
                                          )
                                          )
                  Plaintiffs,             )          CIVIL ACTION NO.
                                          )
vs.                                       )        $2:07-CV-84-MHT$
                                          )
**A. O. SMITH ELECTRICAL PRODUCTS**       )          **JURY DEMAND**
**COMPANY, a division of A.O. SMITH**     )
**CORPORATION; et al.,**                  )
                                          )
                  Defendant.

## SUMMONS

TO DEFENDANT:

     **VIACOM INC.**, successor by merger to **CBS Corporation** f/k/a **Westinghouse**

**Electric Corporation**, Westinghouse Building, Gateway Center, 11 Stanwix Street,

Pittsburgh, PA 15222.

     You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One**

**Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the

complaint which is herewith served upon you, within 20 days after service of this summons

upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY

DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE

COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

                               Debra P. Hackett, Acting Clerk

                               By :

                               Deputy Clerk

                         Clerk, U.S. District Court
                         Middle District of Alabama
                         One Church Street
                         Montgomery, Alabama 36104