**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cutler Hammer
   2000 Interstate Park Dr.
   Suite 204
   Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X R. Brown                        ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                     2/9/07

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below:      ☐ No

   2:07CV84
   SLC                                    (20)

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0004 0799 3250

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540