**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Emerson Electric Co
   180 Cherokee Street NE
   Marietta, GA 30060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  B. Helliot    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   B. Helliot

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:07CV84
   SLC

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 3274

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ingersoll-Rand Co
180 Cherokee St. NE
Marietta, GA 30060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X B. Hallock                                  ☐ Agent
                                              ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
B. Hallock

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

2:07cv84
SLC

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 0

PS Form 3811, August 2001    Domestic Return Receipt