**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ARVINMERITOR INC
c/o C.T. Corp. System
431 Lakeland East
Drive
Flowood, MS 39232

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
J. Jones

C. Date of Delivery
2/9

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07CV84
S&C
20

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 3110 0004 0799 3083

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sunbeam Products Incorporated
c/o CT Corporation
631 Lakeland Dr. East
Flowood, MS 39232-8815

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
                                     7/9

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:        ☐ No

2:07CV84
S&C
(20)

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service label)    7003 3110 0004 07

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name ) J. Jones

C. Date of Delivery 2/9

1. Article Addressed to:
Bechtel Construction Co.
c/o C.T. Corporation System
431 Lakeland E. Drive
Flowood, MS 39232

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
2:07CV84
S+C
20

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 3120

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540