**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Pd H Chaues
    4400 W. National Ave
    Milwaukee, WI
    53201

2. Article Number
   (Transfer from service label)

   7003 3110 0004 0799 4226

PS Form 3811, August 2001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Paul Wright    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Paul Wright                      2-9-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:07cv84
   STC

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Domestic Return Receipt        102595-02-M-1540