**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent ☑ Addressee

B. Received by ( Printed Name)   C. Date of Delivery 2/12/01

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07 cv 84
S + C

1. Article Addressed to:

Asten Johnson Inc
4399 Corporate Rd
Charleston, SC
29405

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7003 3110 0004 0799 3090

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540