**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   A.O. Smith Electrical
   Products Co.
   531 North 4th Street
   Tipp City, Ohio 45371

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Julie C. Baker
C. Date of Delivery: 2/12/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:07cv84
SLC

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 3076

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540