COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Jerry Hale_   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Sherry Hale   2-13 07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

2:07CV84
S te

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Hobart Brothers
c/o Its President
600 W. Main St.
Troy, Ohio 45373

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7003 3110 0004 0799 3380

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540