**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Standard Inc
c/o CT Corp. System
1201 Peachtree NE
Atlanta, GA 30361

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Cindy Erdul                      2-13-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:        ☐ No

2:07CV 84
StC                    (20)

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 3110 0004 0799 3045

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540