**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Metropolitan Life
   Insurance Co.
   One Metlife Plaza
   27-01 Queens Plaza
   North
   Long Island, NY 11101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  F. Green     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): F. Green
C. Date of Delivery: 2/12/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:07CV84
   Src

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 0799 4172

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540