**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Borg-Warner Corp.
   3850 Hamlin Rd
   Auburn Hills, MI
   48326

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Tony Flentroy*   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
T. Flentroy                      2-12-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:07CV84
   S*C
   ⓴

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 3110 0004 0799 3151

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540