■ SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Surface Combustion
1700 Indian Wood
Circle
Maumee, Ohio
43537

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Karen Darnell*   ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )
KAREN DARNELL

C. Date of Delivery
12/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

2:07CV84
SLC

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)
7003 3110 0004 0799

PS Form 3811, August 2001     Domestic Return Receipt