COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]  ☒ Agent
                ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
A. LYONS                          2/9/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:07 cv 84
   S+C                            (2)

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Honeywell INC
c/o Corporation Service Co.
380 Jackson St.
Suite 418
St. Paul, MN 55101

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7003 3110 0004 0799 3397

102595-02-M-1540

PS Form 3811, August 2001    Domestic Return Receipt