SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Rudy Reeves_                          ☐ Agent
                                         ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
_Rudy Reeves_   2/14/07

1. Article Addressed to:

Kaiser Gypsum Co. Inc
C. T. Corporation System S&C
818 West 7th St.
Los Angeles, CA
90017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:07CV84

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7003 3110 0004 0799 3458

PS Form 3811, August 2001         Domestic Return Receipt        102595-02-M-1540