**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oglebay Norton Co.
North Point Tower
1001 Lakeside Ave.
15th Fl
Cleveland, Ohio 44114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X E. Whittaker
☑ Agent
☐ Addressee

B. Received by (Printed Name)
E. Whittaker

C. Date of Delivery
2-12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07CV84
S+C
(20)

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☑ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7003 3110 0004 0799 4202

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540