**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Garlock Sealing Techn.
c/o C.T. Corporation System
225 Hillsborough St.
Raleigh, NC 27603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

2:07C084
SKC

3. Service Type
☑ Certified Mail        ☐ Express Mail
☐ Registered            ☑ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7003 3110 0004 0799 3335

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540