| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery: 12 FEB 2007 |
| 1. Article Addressed to:<br>Goulds Pumps INC<br>c/o The Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:07CV84<br>SDC |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0004 0799 3366 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-02-M-1540 |