**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Scott Seber_ ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
12 FEB 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07CV 84
S & C

1. Article Addressed to:

FMO Industries
c/o The Corporation
Service Co.
~~Each~~ 2711 Centerville Rd
Suite 400
Wilmington, DE 19808

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7003 3110 0004 0799 3403

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540