**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Donald L Cork* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Donald L Cort
C. Date of Delivery: 2-12-07

1. Article Addressed to:

Rockwell Automation
c/o Its President
1201 S. 2nd St.
Milwaukee, WI 53204

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:07CV84
SDC

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 0799 4257

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540