SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cleaver Brooks
11950 Westlake Park Dr.
Milwaukee, WF
53224

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Jasmine McL_____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
FEB 1 2 2007    FEB 1 2 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07CV84
SLC

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7003 3110 0004 0799 3205

102595-02-M-1540

PS Form 3811, August 2001    Domestic Return Receipt