**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _La Vertree_    ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

S. a. Vertreess    2 13-07

D. Is delivery address different from Item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

2:07cv84
S+C

㉙

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

th Agriculture & Nutrition
c/o CSC Lawyers Inc corp.
Service Co.
800 Brazos
Austin, TX 78701

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label,)

7003 3110 0004 0289 4301

PS Form 3811, August 2001    Domestic Return Receipt