**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *CL Kistner*    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
CL KISTNER

C. Date of Delivery
2/1

1. Article Addressed to:

Buffalo Pump Inc.
874 Oliver St.
North Tonawanda, NY
14120

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:07CV84
S+C
㉚

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7003 3110 0004 0799 3182

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540