**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Foster-Wheeler Corporation
c/o The Prentice-Hall
Corporation System
80 State Street
Albany, NY 12207

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  FEB 12 2007          ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   CSC

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

2:07cv84
svc
(20)

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0004 0799 3328

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540