| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _A. Dwyjik_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Clark-Reliance Corp.<br>c/o Dennis L. Pesek<br>16633 Foltz<br>Industrial Parkway<br>Strongsville, Oh 44136 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07CV84<br>SRC<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7003 3110 0004 0799 3199 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540