SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Industrial Holdings
C/o Prentice-Hall Corp
Systems
80 State Street
Albany, NY 12207

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                          ☐ Agent
   FEB 1 2 2007                             ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
   CSC

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:07CV84
   SXC                                    (20)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0004 0799 3410

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540