IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. |
| ) | 2:07 CV 84-WKW |
| A. O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, a division of A. O. SMITH ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Comes now S. Allen Baker, Jr., an attorney with the firm of Balch & Bingham LLP, and hereby files his notice of appearance on behalf of defendant, General Electric Company, in the above styled action.

Respectfully submitted,

s/ S. Allen Baker, Jr.
One of the Attorneys for Defendant,
General Electric Company

**OF COUNSEL:**

S. Allen Baker, Jr. (ASB-5990-E68S)
Jenelle R. Evans (ASB-2403-A35J)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

892462.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

                Respectfully submitted,

                s/ S. Allen Baker, Jr.
                S. Allen Baker, Jr.
                BALCH & BINGHAM LLP
                P. O. Box 306
                Birmingham, AL 35201-0306
                Telephone: (205)251-8100
                Facsimile: (205)226-8798
                E-mail: abaker@balch.com
                E-mail: jevans@balch.com
                S. Allen Baker, Jr. - ASB-5990-E68S
                Jenelle R. Evans – ASB-2403-A35J