**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   FMC Corporation
   c/o C.T. Corporation Systems
   1201 Peachtree N.E.
   Atlanta, GA 30301
   30309

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X M. Jobes
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   M. Jobes                       2-14-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:07CV84
   SKC

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)    7003 3110 0004 0799 3304

Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540