**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln Electric CO
c/o Jay Elliot or Ellis F. Smolik
22801 St. Clair Ave
Cleveland, Ohio 44117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  D. Wilkers    ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Wilkerson

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:07 CV 84
SLC

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*

7003 3110 0004 0799 4141

PS Form 3811, August 2001          Domestic Return Receipt