**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kelly-Moore Paint Co
   c/o Its President
   987 Commerical St.
   San Carlos, CA
   94070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Jeremy Sa[...]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:07cv84
   S+C
   20

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 3110 0004 0299 3465

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540