# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.:  2:07CV84-WKW** |
| ) | |
| **A. O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY,** ) | |
| **a division of A. O. SMITH** ) | |
| **CORPORATION, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## A. O. SMITH ELECTRICAL PRODUCTS COMPANY AND A. O. SMITH CORPORATION

COMES NOW the defendants, A.O. Smith Electrical Products Company and A.O. Smith Corporation, and file their Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. A. O. Smith Electrical Products Company is not a corporation. It is a division of A. O. Smith Corporation.

2. A.O. Smith Corporation is a Delaware corporation, and is publicly traded on the New York Stock Exchange. No other entity owns 10% or more of its stock.

Respectfully submitted,

s/ James L. Pattillo
JAMES L. PATTILLO
ASB-2746-A49-P
E-mail:  jpattillo@NWKT.com

NORMAN, WOOD, KENDRICK
   & TURNER
Financial Center - Suite 1600
505 Twentieth Street North
Birmingham, AL  35203
Telephone: (205) 328-6643
Fax:  (205) 251-5479

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.:  **2:07CV84-WKW** |
| ) | |
| **A. O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY,** ) | |
| **a division of A. O. SMITH** ) | |
| **CORPORATION, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| * | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record:

        Respectfully submitted,

        s/ James L. Pattillo
        JAMES L. PATTILLO
        ASB-2746-A49-P
        E-mail:  jpattillo@NWKT.com


        NORMAN, WOOD, KENDRICK
          & TURNER
        Financial Center - Suite 1600
        505 Twentieth Street North
        Birmingham, AL  35203
        Telephone: (205) 328-6643
        Fax:  (205) 251-5479