**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**                    **MDL DOCKET NO. 875**

**This Document Relates To:**
**JAMES R. BAIN, ET AL. VS.**
**A. O. SMITH ELECTRICAL**
**PRODUCTS COMPANY, ET AL.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **JAMES R. BAIN, ET AL.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.** ) | **2:07-CV-84-WJW** |
| ) | |
| **A. O. SMITH ELECTRICAL** ) | |
| **PRODUCTS COMPANY, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

**DISCLOSURE STATEMENT**

Please check one box:

[✓]  The nongovernmental corporate party, <u>INGERSOLL-RAND COMPANY</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

 February 27, 2007                     //s// Laura D. Goodson
   Date                       RICHARD M. CRUMP (CRUMR6839)
                              DONALD C. PARTRIDGE (PARTD6713)
                              LAURA D. GOODSON (GOODL0579)
                              Attorneys for Defendant
                              INGERSOLL-RAND COMPANY
                              Forman Perry Watkins Krutz & Tardy LLP
                              Post Office Box 22608
                              Jackson, Mississippi 39225-2608
                              (601) 960-8600

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **JAMES R. BAIN, ET AL.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.** ) | **2:07CV84-WJW** |
| ) | |
| **A. O. SMITH ELECTRICAL** ) | |
| **PRODUCTS, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and James Laurens Pattillo, Esq.; Schuyler Allen Baker, Jr., Esq.; and Jenelle Rae Evans, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

 //s// Laura D. Goodson
RICHARD M. CRUMP (CRUMR6839)
DONALD C. PARTRIDGE (PARTD6713)
LAURA D. GOODSON (GOODL0579)