IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.
_____/

CIVIL ACTION NO.
2:07CV84-WKW

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ARVINMERITOR, INC.**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

None.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

This 27th day of February, 2007.

                                            HAWKINS & PARNELL, LLP

                                            /s/ S. Christopher Collier
                                            S. Christopher Collier
                                            AL Bar No. ASB-2343-C56S

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.
_____/

CIVIL ACTION NO.
2:07CV84-WKW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date served the foregoing Certificate of Interested Persons and Corporate Disclosure Statement of Defendant ArvinMmeritor, Inc. with the CM/ECF system.

This the 27th day of February, 2007.

HAWKINS & PARNELL, LLP

/s/ S. Christopher Collier
S. Christopher Collier
AL Bar No. ASB-2343-C56S

10249687      3