**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION
(NO. VI)

§
§
§
§
§
§
§
§

This Document Relates To:

**MDL NO.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

       Plaintiffs,

vs.

CIVIL ACTION NO.
2:07CV84-WKW

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

       Defendants.
_____/

**NOTICE OF TAG-ALONG ACTION**

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel of Multidistrict

Litigation entered an order transferring all asbestos cases pending in the federal courts to the United

States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Transfer Order").  The MDL Transfer Order

also applies to "tag-along actions", or actions involving common questions of fact filed after the

January 17, 1991 entry of the Panel's Order to Show Cause.  Multidistrict Litigation Rule 13(e)

provides:

Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a); or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Respectfully submitted this the 27th day of February, 2007.

**HAWKINS & PARNELL, LLP**

/s/ S. Christopher Collier
S. Christopher Collier
Alabama Bar No. ASB-2343-C56S

Counsel for Foseco, Inc., ArvinMenitor, Inc., Maremont Corporation, and Union Carbide Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA


JAMES R. BAIN, et al.,

      Plaintiffs,

vs.                                                                          CIVIL ACTION NO.
                                                                              2:07CV84-WKW

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

      Defendants.
_____/


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing Notice of Tag-Along Action

to Plaintiffs' counsel and to all other counsel of record via CM/ECF system, and that an additional

copy has been mailed to the Clerk at the MDL Board via U.S. Mail.

This the 27th day of February, 2007.


                      Respectfully submitted,

                      **HAWKINS & PARNELL, LLP**

                      /s/ S. Christopher Collier
                      S. Christopher Collier
                      Alabama Bar No. ASB-2343-C56S

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400


10296601v.1