```
             IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,            )
                                  )
          Plaintiffs,             ) CIVIL ACTION CASE NO.
                                  ) 2:07-cv-84-WKW
VS.                               )
                                  )
A.O. SMITH ELECTRICAL PRODUCTS    )
COMPANY, a division of A.O.       )
Smith Corporation, et al.,        )
                                  )
          Defendants.             )
                                  )
```

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT GOULD ELECTRONICS INC.

COMES NOW Defendant, GOULD ELECTRONICS, INC. (named in Plaintiffs' Complaint as Nikko Materials USA, Inc. d/b/a Gould Electronics, Inc.), by and through its attorneys of record, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Whether the named Defendant has a parent company, and if so, what company.

   **Yes.  Nippon Mining & Metals Co., Ltd.**

2. Whether the named Defendant has publicly traded stock.

   **No.**

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

   **No, however, Nippon Mining & Metals Co., Ltd. is a wholly owned subsidiary of Nippon Mining Holdings, Inc., a publicly traded company.**

This 27th day of February, 2007.

/s/Gregory M. Taube
Gregory M. Taube
Alabama Bar No. ASB-4499-A41G

NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA  30309
(404) 817-6000
(404) 817-6050 - Fax
GOULD ELECTRONICS INC.

OF COUNSEL:


Sara S. Turnipseed
Georgia Bar No. 720112
Jeffrey L. Mapen
Georgia Bar No. 469936



NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA  30309
(404) 817-6000
(404) 817-6050 - Fax
GOULD ELECTRONICS INC.

```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,            )
                                  )
        Plaintiffs,               ) CIVIL ACTION CASE NO.
                                  ) 2:07-cv-84-WKW
VS.                               )
                                  )
A.O. SMITH ELECTRICAL PRODUCTS    )
COMPANY, a division of A.O.       )
Smith Corporation, et al.,        )
                                  )
        Defendants.               )
                                  )
```

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing **RULE 7.1 DISLCOSURE STATEMENT OF DEFENDANT GOULD ELECTRONICS INC.** via electronic filing, to all counsel of record, including the following:

    Counsel for Plaintiffs:

    G. Patterson Keahey, Esq.
    One Independence Plaza
    Suite 612
    Birmingham, AL 35209

This 27th day of February, 2007.

                          /s/ Gregory M. Taube_____
                          Gregory M. Taube
                          Alabama Bar No. ASB-4499-A41G

NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA  30309
(404) 817-6000
(404) 817-6050 - Fax