IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>A. O. SMITH ELECTRICAL PRODUCTS )<br>COMPANY, a division of A. O. SMITH )<br>CORPORATION, et al., )<br>)<br>Defendants. ) | Case No.<br>2:07 CV 84-WKW |

## NOTICE OF APPEARANCE

Comes now S. Allen Baker, Jr., an attorney with the firm of Balch & Bingham LLP, and hereby files his notice of appearance on behalf of defendant, Honeywell, Inc., in the above styled action.

Respectfully submitted,

s/ S. Allen Baker, Jr.
One of the Attorneys for Defendant,
Honeywell, Inc.

**OF COUNSEL:**

S. Allen Baker, Jr. (ASB-5990-E68S)
Jenelle R. Evans (ASB-2403-A35J)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

893442.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

Respectfully submitted,

s/ S. Allen Baker, Jr.
S. Allen Baker, Jr.
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, AL 35201-0306
Telephone: (205)251-8100
Facsimile: (205)226-8798
E-mail: abaker@balch.com
E-mail: jevans@balch.com
S. Allen Baker, Jr. - ASB-5990-E68S
Jenelle R. Evans – ASB-2403-A35J