**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **JAMES R. BAIN, ET AL.**      )<br>                                                    )<br>           **PLAINTIFFS**       )<br>                                                    )<br>**VS.**                                          )<br>                                                    )<br>**A. O. SMITH ELECTRICAL**  )<br>**PRODUCTS, ET AL.,**           )<br>                                                    )<br>           **DEFENDANTS**   ) | **CIVIL ACTION NUMBER:**<br>**2:07CV84-WKW** |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒ The non-governmental corporate party, <u>Asten Johnson, Inc., as successor-in-interest to Asten, Inc., which in turn, was successor-in-interest by way of name change to Asten Group, Inc., formerly trading as Asten-Hill Manufacturing Co.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏ the non-governmental corporate party, _____,
in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

<u>  2/28/2007  </u>                                                            <u>  /s/Clifton W. Jefferis  </u>
           Date

                                                Counsel for:   <u>Asten Johnson, Inc., as successor-in-</u>
                                                                        <u>interest to Asten, Inc, which in turn,</u>
                                                                        <u>was successor-in-interest by way of</u>
                                                                        <u>name change to Asten Group, Inc.,</u>
                                                                        <u>formerly trading as Asten-Hill</u>
                                                                        <u>Manufacturing Co.</u>

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, ET AL.      ) | |
| ) | |
| **PLAINTIFFS**             ) | |
| ) | **CIVIL ACTION NUMBER:** |
| VS.                        ) | **2:07CV84-WJW** |
| ) | |
| A. O. SMITH ELECTRICAL     ) | |
| PRODUCTS, ET AL.,          ) | |
| ) | |
| **DEFENDANTS**             ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and James Laurens Pattillo, Esq.; Schuyler Allen Baker, Jr., Esq.; and Jenelle Rae Evans, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

     Respectfully submitted,

     //s// Laura D. Goodson
     CLIFTON W. JEFFERIES (JEFFC7705)
     LAURA D. GOODSON (GOODL0579)