THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07-cv-00084-WKW |
| | ) |
| A.O. SMITH ELECTRICAL, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendant American Standard, Inc. and in accordance with the order of this Court, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

    American Standard, Inc. is wholly owned by American Standard Companies, Inc., which is a publicly traded corporation.

    /s Timothy W. Knight
    Timothy W. Knight (KNI021)

    /s Lucy W. Jordan
    Lucy W. Jordan (JOR037)
    Attorneys for Defendant
    American Standard, Inc.

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900
fax (205) 968-9909
email: tk@keeselby.com
       lj@keeselby.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of February, 2007, a copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                                                                                   _s/ Lucy W. Jordan_
                                                                                                   OF COUNSEL