UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:07CV84-WKW |
| | ) |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, et al., | ) ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse") makes the following disclosure:

1. The parent companies of the corporation:

    CBS Corporation, a Delaware corporation.

2. Subsidiaries not wholly owned by the corporation?

    None

3. Any publicly held corporation that owns ten percent (10%) or more of the corporation?

    None

    s/James A. Harris, III
    James A. Harris, III
    **ASB-0683-R74J**
    Nicole M. Hardee
    **ASB-0073-P71G**
    2501 20th Place South
    Suite 450
    Birmingham, AL 35209
    FAX: (205) 871-0029
    TEL: (205) 871-5777
    Email: jamey@harris-harris.com

OF COUNSEL:
Harris & Harris, LLP

Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of March, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                          s/James A. Harris, III
                          OF COUNSEL