IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| A.O. SMITH ELECTRICAL PRODUCTS | ) 2:07-CV-84-WKW-TFM |
| COMPANY, a division of A.O. SMITH | ) |
| CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RULE 7.1 CORPORATE/CONFLICT DISCLOSURE STATEMENT OF
DEFENDANTS EATON ELECTRICAL, INC. AND EATON CORPORATION**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]    There are no additional entities to be reported.

Respectfully submitted by,

_____s/ E. Bryan Nichols_____
H. Thomas Wells, Jr.
John A. Smyth, III
E. Bryan Nichols

Attorneys for Defendants
EATON ELECTRICAL, INC. AND
EATON CORP.

- 2 -

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.199

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct electronic version of the foregoing has been filed with the CM/ECF system, which will electronically serve all counsel of record on this the 1st day of March, 2007.

                                                 s/ E. Bryan Nichols
                                         Of Counsel

01459427.1