IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )   **Civil Action Number:** |
| | )       **2:07-cv-84-MHT** |
| **P&H CRANES, HARNISCHFEGER** | ) |
| **CORPORATION, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

P&H Mining Equipment, Inc., is a wholly-owned subsidiary of Joy Global, Inc., a publically traded company.

                                                  Respectfully submitted,

                                                  **s/William T. Mills, II**
                                                  William T. Mills, II
                                                  Attorney for P&H Cranes, Harnischfeger
                                                  Porterfield, Harper, Mills & Motlow, P.A.
                                                  22 Inverness Center Parkway, Suite 600
                                                  P.O. Box 530790
                                                  Birmingham, Alabama 35253-0790
                                                  Telephone: 205-980-5000
                                                  Facsimile: 205-980-5001
                                                  ASB-0402-L72W; MIL014
                                                  E-mail: wtm@phm-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **JAMES R. BAIN, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )  **Civil Action Number:** |
| | )       **2:07-cv-84-MHT** |
| **P&H CRANES, HARNISCHFEGER** | ) |
| **CORPORATION, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

    Respectfully submitted,

    **s/William T. Mills, II**
    William T. Mills, II
    Attorney for P&H Cranes, Harnischfeger
    Porterfield, Harper, Mills & Motlow, P.A.
    22 Inverness Center Parkway, Suite 600
    P.O. Box 530790
    Birmingham, Alabama 35253-0790
    Telephone:  205-980-5000
    Facsimile:  205-980-5001
    ASB-0402-L72W; MIL014
    E-mail:  wtm@phm-law.com