RECEIVED
2007 MAR -2 A 9:55
P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FOE 1414

ALLIS-CHALMERS CORPORATION
1126 South 70th Street
West Allis, Wisconsin, 53214

NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Allis-Chalmers Corp.
1126 South 70th St.
West Allis, WI
53214

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv84
SLC
(20)

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7003 3110 0004 0799 3021

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,**<br><br>Plaintiffs,<br>vs.<br><br>**A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al,,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO.**<br>2:07-cv-84-MHT<br><br>**JURY DEMAND** |

**SUMMONS**

TO DEFENDANT:

**ALLIS-CHALMERS CORPORATION,** 1126 South 70th Street, West Allis, Wisconsin, 53214.

You are hereby summoned and required to serve upon plaintiff's attorney(s): **G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By: [signature]
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104