IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES R. BAIN, et al.,** | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO.: |
| | * 2:07-CV-84-WKW |
| **A. O. SMITH ELECTRICAL PRODUCTS COMPANY, et al.,** | * |
| Defendants. | * |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Bondex International, Inc. states that RPM, Inc. is the parent of Bondex International, Inc. and that no publicly traded company owns 10% or more of Bondex International, Inc.

Respectfully submitted,

/s/ Timothy A. Clarke
F. GREY REDDITT (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)

*Attorneys for Bondex International, Inc.*

OF COUNSEL:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
E-Mail: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of March, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

                                                          /s/ Timothy A. Clarke