IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES R. BAIN, et al.,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   CIVIL ACTION NO.: |
| | *   2:07-CV-84-WKW |
| **A. O. SMITH ELECTRICAL** | * |
| **PRODUCTS COMPANY, et al.,** | * |
| | * |
| Defendants. | * |
| | * |

**FOSTER WHEELER LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, Foster Wheeler LLC, survivor to a merger with Foster Wheeler Corporation, states:

1. Foster Wheeler LLC is the wholly owned subsidiary of Foster Wheeler Ltd. Foster Wheeler Ltd. has no parent corporations, and no known publicly held company owns 10% or more of Foster Wheeler Ltd. stock

2. Foster Wheeler Ltd. has issued shares to the public.

Respectfully submitted,

/s/ Timothy A. Clarke
 F. GREY REDDITT (ASB-5142-R64F)
 TIMOTHY A. CLARKE (ASB-1440-R67T)

*Attorneys for Foster Wheeler LLC*

<u>OF COUNSEL</u>:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781


## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of March, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants.

                                      /s/ Timothy A. Clarke