IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES R. BAIN, et al.,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   CIVIL ACTION NO.: |
| | *   **2:07-CV-84-WKW** |
| **A. O. SMITH ELECTRICAL** | * |
| **PRODUCTS COMPANY, et al.,** | * |
| | * |
| Defendants. | * |
| | * |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CRANE CO.

COMES NOW defendant CRANE CO. pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that CRANE CO. has no parent corporation and no publicly held corporation that owns ten percent (10%) or more of its stock.

   /s/ Timothy A. Clarke
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)

*Attorneys for Defendant Crane Co.*

OF COUNSEL:

VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781

**CERTIFICATE OF SERVICE**

  I hereby certify on March 2, 2006 that the foregoing Corporate Disclosure Statement was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                  /s/ Timothy A. Clarke