IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | **CIVIL ACTION NO.:** |
| | * | **2:07-CV-84-WKW** |
| **A. O. SMITH ELECTRICAL** | * | |
| **PRODUCTS COMPANY, et al.,** | * | |
| | * | |
| Defendants. | * | |
| | * | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CRANE PUMPS & SYSTEMS, INC.**

COMES NOW defendant CRANE PUMPS & SYSTEMS, INC. pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that CRANE PUMPS & SYSTEMS, INC. has no parent corporation and no publicly held corporation that owns ten percent (10%) or more of its stock.

/s/ Timothy A. Clarke
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)

*Attorneys for Defendant Crane Pumps & Systems, Inc.*

<u>OF COUNSEL</u>:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781

00149596.WPD-1

**CERTIFICATE OF SERVICE**

    I hereby certify on this 2nd day of March, 2007, that the foregoing Corporate Disclosure Statement has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                       /s/ Timothy A. Clarke
                                       OF COUNSEL