IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 2:07-cv-84-WKW |
| ) | |
| A. O. SMITH ELECTRICAL PRODUCTS ) COMPANY, division of A. O. SMITH ) CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION TO SEVER AND FOR MORE DEFINITE STATEMENT**

**COMES NOW,** the Defendant, T H Agriculture & Nutrition, LLC, and pursuant to Rule 12(b)(6) and Rule 8 of the *Federal Rules of Civil Procedure*, respectfully moves the Court to dismiss the Complaint or in the alternative, to enter an order severing the claims of the Plaintiffs and requiring Plaintiffs to provide a more definite statement of their claims. As grounds for such Motion, the Defendant hereby sets forth and assigns the following:

1. The Complaint fails to state a claim against Defendant upon which relief can be granted.

2. The allegations of the Complaint are so vague, indefinite and uncertain that the Defendant is not fairly given notice of the conduct which it is being called upon to defend.

3. In the event that the Complaint is not dismissed as prayed for herein, the Plaintiffs' claims are due to be severed because they do not satisfy the requirements for joinder as set forth in Rule 20 of the *Federal Rules of Civil Procedure*.

4. The Defendant hereby adopts and incorporates by reference thereto the Motions to Dismiss, Briefs and Legal Arguments submitted by the other Defendants in this case as further grounds for its Motion.