IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al. ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 2:07-cv-84-WKW |
| ) | |
| A. O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, division of A. O. SMITH ) | |
| CORPORATION, et al., ) | |
| ) | |
|     Defendants. ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT OF
DEFENDANT, T H AGRICULTURE & NUTRITION, LLC**

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditor's committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are reported:

T H Agriculture & Nutrition, LLC is not publicly traded and no publically held company owns 10% or more of T H Agriculture & Nutrition, LLC stock. Philips Electronics North America Corporation is the parent company of T H Agriculture & Nutrition, LLC.

                                                   Respectfully submitted,

                                                 /s/ Roger C. Foster
                                                 Roger C. Foster (BAR ID: FOS005)
                                                 Attorney for Defendant
                                                 T H Agriculture & Nutrition, LLC

**OF COUNSEL:**

**LANEY & FOSTER, P.C.**
Post Office Box 43798
Birmingham, Alabama 35243
Telephone: (205) 986-4405
Facsimile: (205) 298-8441

## CERTIFICATE OF SERVICE

    I do hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

    /s/ Roger C. Foster
    ROGER C. FOSTER (BAR ID: FOS005)