**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 5, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Bain et al v. A.O.Smith Electrical et al

Case Number:    2:07cv00084-WKW

Referenced Pleading:    Motion to Dismiss

Docket Entry Number:    103

**The referenced pleading #103 was filed on \*\*\*March 05, 2007\*\*\* in this case and is hereby STRICKEN as a duplicate and erroneous docket entry. This pleading was E-filed by counsel. Counsel e-filed a corrected pleading, docket entry #104, on March 05, 2007.**

**Docket Entry #103 is an erroneous duplicate docket entry. Parties are instructed to disregard #103 docketing entry and refer to docket entry # 104 for correction.**