BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY            CIVIL ACTION NO. MDL 875
LITIGATION (NO. VI)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

This Document Relates To:

JAMES R. BAIN, ET AL.,

      PLAINTIFFS                                         FILE NO. 2:07CV84-WKW

VS.

A.O. SMITH ELECTRICAL
PRODUCTS, ET AL.,

      DEFENDANTS

---

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT INDUSTRIAL HOLDINGS CORPORATION
f/k/a THE CARBORUNDUM COMPANY

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Industrial Holdings Corporation, f/k/a The Carborundum Company, through the undersigned counsel, states that the nongovernmental corporate party, Industrial Holdings Corporation, f/k/a The Carborundum Company, has the following parent corporation and publicly held corporation that owns 10% or more of its stock:

Lehman Brothers Holdings Inc.

This the 6th day of March, 2007.

/s/ Laura D. Goodson
Richard M. Crump (CRUMR6839)
Donald C. Partridge (PARTD6713)
Laura D. Goodson (ASB-0579-R81G)

Attorneys for Defendant Industrial Holdings
Corporation f/k/a/ The Carborundum Company

200 South Lamar Street, Suite 100
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **JAMES R. BAIN, ET AL.,** | |
| **PLAINTIFFS** | **CIVIL ACTION NUMBER:** |
| | **2:07CV84-WKW** |
| **VS.** | |
| **A.O. SMITH ELECTRICAL PRODUCTS, ET AL.,** | |
| **DEFENDANTS** | |

**CERTIFICATE OF SERVICE**

I herby certify that on the 6th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., counsel for plaintiffs, and all defense counsel of record, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

/s/ Laura D. Goodson
Richard M. Crump (CRUMR6839)
Donald C. Partridge (PARTD6713)
Laura D. Goodson (ASB-0579-R81G)