THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al. ) | |
| ) | |
| vs. ) | Case No.  2:07CV84-WKW |
| ) | |
| A.O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, a division of A.O. SMITH ) | |
| CORPORATION, et al. ) | |

### OGLEBAY NORTON COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Oglebay Norton Company states:

1. Oglebay Norton Company is a corporation whose shares are publicly traded.

2. Oglebay Norton Company has no parent company.

THIS, 7th day of March, 2007.

                   Respectfully submitted,


                   s/ Cyrus C. Barger, III_____
                   Cyrus C. Barger, III, AL Bar#BAR137
                   Counsel for Defendant,
                   Oglebay Norton Company

JUDE & JUDE, PLLC
6424 US Hwy 98 West, Suite 50
P.O. Box 17468
Hattiesburg, MS  39404-7468
Telephone: (601) 579-8411
Facsimile:  (601) 579-8461

**CERTIFICATE OF SERVICE**

    I, Cyrus C. Barger, III, counsel for Oglebay Norton Company do hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all known counsel of record.

    THIS, 7th day of March, 2007.

                                                  s/ Cyrus C. Barger, III
                                                  Cyrus C. Barger, III