IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES R. BAIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| | ) | 2:07-CV-00084-WKW |
| VS. | ) | |
| | ) | |
| A.O. SMITH ELECTRICAL | ) | |
| PRODUCTS CO., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINDER OF FLOWSERVE US, INC., SOLELY AS SUCCESSOR TO ROCKWELL MANUFACTURING CO., IN BONDEX INTERNATIONAL INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SEVERANCE AND FOR MORE DEFINITE STATEMENT**

Flowserve US, Inc., solely as successor to Rockwell Manufacturing Co. ("Rockwell Manufacturing") (incorrectly sued as Rockwell Automation, successor by merger to Allen-Bradley, Co., LLC), hereby joins in Bondex International, Inc's motion to dismiss plaintiffs' claims pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure, or in the alternative, for a more definite statement pursuant to Fed. R. Civ. P. 12(e) and for severance pursuant to Fed. R. Civ. P. 21. The arguments asserted by the original moving defendant apply equally to Rockwell Manufacturing, and Rockwell Manufacturing adopts in full the legal arguments in the original motion and the grounds asserted in support thereof. Additionally, Rockwell Manufacturing asserts all defenses including, but not limited to, the following Rule 12 defenses: (i) This Court lacks personal jurisdiction over this defendant, and therefore this case should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2); (ii) Venue is improper in this Court,

-2-

and therefore this case should be dismissed or transferred pursuant to Fed. R. Civ. P. 12(b)(3); and (iii) There is insufficiency of process and service of process, and therefore this defendant should be dismissed pursuant to Fed. R. Civ. P. 12(b)(4) and Fed. R. Civ. P. 12(b)(5).

Respectfully submitted, this the 8th day of March, 2007.

**FLOWSERVE US, INC., SOLELY AS SUCCESSOR TO ROCKWELL MANUFACTURING CO.**

By: /s/Kacey L. Keeton
One of Its Attorneys

OF COUNSEL:

KACEY L. KEETON, (ASB-0080-K50K)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205-0119
Telephone:    (601) 948-3101
Facsimile:      (601)960-6902

## **CERTIFICATE OF SERVICE**

      I, Kacey L. Keeton, certify that on this day, a true and correct copy of the above and foregoing pleading was filed electronically with the Clerk of the Court using the ECF system. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      This 8th day of March, 2007.

                                               /s/Kacey L. Keeton
                                               KACEY L. KEETON