**COMPLETE THIS SECTION ON DELIVERY**

...nd 3. Also complete
...Delivery is desired.
...e and address on the reverse
...u can return the card to you.
...t this card to the back of the mailpiece,
...or on the front if space permits.

A. Signature
X  *Tom Jarvis*

B. Received by ( Printed Name )
3-5

1. Article Addressed to:

Square D. Co.
C/O Illinois Corp. Service
801 Adlai Stevenson Dr.
Springfield, ILL
62703

D. Is delivery address different from item 1?
If YES, enter delivery address below:
2:07CV84
SDC

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 0799 42__

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540