

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, et al.,** ) | |
| ) | |
| ) | |
| Plaintiffs, ) | **CIVIL ACTION NO.** |
| vs. ) | |
| ) | 2:07-CV-84-MHT |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O. SMITH** ) | **JURY DEMAND** |
| **CORPORATION; et al.,** ) | |
| ) | |
| Defendant. | |

### SUMMONS

TO DEFENDANT:

**COOPER INDUSTRIES, LLC,** f/n/a **COOPER INDUSTRIES, INC.**, individually and as successor-in-interest to **CROUSE-HINDS,** c/o Its President, 600 Travis, Suite 5800, Houston, TX 77002-1001.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of **Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/06/07

Debra P. Hackett, Acting Clerk

By: _____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104