IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

    Plaintiffs,

vs.                                                                CIVIL ACTION NO.
                                                                   2:07CV84-WKW

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANTS ARVINMERITOR, INC., FOSECO, INC., MAREMONT CORPORATION, AND UNION CARBIDE CORPORATION

COMES NOW, Nathan M. Thompson, of the law firm of Hawkins & Parnell, LLP, 4000 SunTrust Plaza, 303 Peachtree Street, N.E., Atlanta, Georgia 30308-3243, (404) 614-7400, and enters his appearance on behalf of Defendants Arvinmeritor, Inc., Foseco, Inc., Maremont Corporation, and Union Carbide Corporation, and in substitution for Evelyn M. Fletcher, Esquire, of the law firm of Hawkins & Parnell, LLP. Please send all notices and other matters relative to this case to Nathan M. Thompson, at Hawkins & Parnell, LLP, at the above address.

10295855v1

Respectfully submitted this 14th day of March, 2007.

**HAWKINS & PARNELL, LLP**

/s/ Nathan M. Thompson
Nathan M. Thompson
AL Bar No. ASB-9240-H57T

Counsel for Arvinmeritor, Inc., Foseco, Inc., Maremont Corporation, and Union Carbide

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

10299619-1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.
_____/

CIVIL ACTION NO.
2:07CV84-WKW

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this day served the foregoing Notice of Substitution of Counsel with the CM/ECF system for the Middle District of Alabama.

    This 14th day of March, 2007.

**HAWKINS & PARNELL, LLP**

/s/ Nathan M. Thompson
Nathan M. Thompson
Alabama Bar No. ASB-9240-H57T

Counsel for Arvinmeritor, Inc., Foseco, Inc., Maremont Corporation, and Union Carbide

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

10299619-1