IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES R. BAIN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. |
| A.O. SMITH ELECTRICAL, | ) 2:07 CV 00084-WKW |
| PRODUCTS COMPANY, | ) |
| et al., | ) |
| | ) |
| Defendants. | |

**MOTION TO DISMISS OR IN THE ALTERNATIVE
MOTION TO SEVER AND FOR MORE DEFINITE STATEMENT**

Comes now Defendant Owens-Illinois, Inc. and moves this Court to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(3) and (6). Additionally, Defendant moves to dismiss this action as plaintiffs' claims are barred by the applicable statutes of limitation and repose as well as the Rule(s) of Repose. Alternatively, Defendant moves to sever the claims of the plaintiffs and for an order requiring plaintiffs to provide a more definite statement pursuant to Rule 12(e). Defendant joins in and adopts and incorporates, as if set forth wholly herein, the Motion to Dismiss, or in the Alternative Motion to Sever and for More Definite Statement, and Memorandum in Support Thereof, filed by Defendant Bondex International, Inc. on or about March 2, 2007 (Document No. 96). The

{B0688267}

arguments advanced by Bondex are equally applicable to this Defendant and they are adopted fully by this Defendant.

WHEREFORE, ALL PREMISES CONSIDERED, Defendant respectfully requests this Court to dismiss plaintiffs' claims against this Defendant with prejudice.

/s/Anthony C. Harlow
Bar Number: ASB-5692-W74A
Attorney for Defendant
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000
ach@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

/s/Anthony C. Harlow
Of Counsel

{B0688267}