IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES R. BAIN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. |
| A.O. SMITH ELECTRICAL, | ) 2:07 CV 00084-WKW |
| PRODUCTS COMPANY, | ) |
| et al., | ) |
| | ) |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT OWENS-ILLINOIS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Owens-Illinois, Inc., a nongovernmental corporate party, in the above listed civil action discloses the following: The common stock of defendant Owens-Illinois, Inc. is traded on the New York Stock Exchange. Owens-Illinois, Inc. does not have any parent corporations. As of February 15, 2006, FMR Corporation owned 15.0% and Massachusetts Financial Service Company owned 11.4% of the outstanding shares of Owens-Illinois, Inc.'s common stock. No publicly held corporation owned 10% or more of the outstanding shares of Owens-Illinois, Inc.'s common stock.

Respectfully submitted this 14th day of March, 2007.

{B0688299}

/s/Anthony C. Harlow
Bar Number:  ASB-5692-W74A
Attorney for Defendant
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000
ach@starneslaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

/s/Anthony C. Harlow
Of Counsel

{B0688299}