THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMES R. BAIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:07cv84-WKW |
| | ) | |
| A.O. SMITH ELECTRICAL PRODUCTS | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## METROPOLITAN LIFE INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for

Defendant, Metropolitan Life Insurance Company, states that Metropolitan Life Insurance Company

is a wholly owned subsidiary of MetLife, Inc.  MetLife, Inc. is a publicly traded company.


   /s/ Michael A. Vercher
Michael A. Vercher
Bar Number:  ASB-4976-H32M
One of the Attorneys for Defendant
Metropolitan Life Insurance Company

OF COUNSEL:

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203
Telephone:    (205) 795-6588
Facsimile:    (205) 328-7234
Electronic Mail:  mavercher@csattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

_/s/ Michael A. Vercher_____