IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, ET AL.                                          PLAINTIFFS

V.

                                                                CIVIL ACTION NO.:
                                                                2:07-CV-84-WKW

A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, ET AL.                                                 DEFENDANTS

**BORG WARNER CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, Borg Warner Corporation states as follows, to-wit:

The Defendant is Borg Warner Corporation by and through its successor in interest, BorgWarner Morse TEC Inc. Borg Warner Corporation is not a publicly traded company. It is wholly owned by Borg Warner, Inc., which is a publicly traded company.

                                                        Respectfully submitted,

                                                        BORG WARNER CORPORATION,
                                                        Defendant

                                                        _____
                                                        s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

## CERTIFICATE OF SERVICE

I, Chadwick L. Shook, do hereby certify that I have this 15th day of March served a copy of the above and foregoing by electronic means via the CM/ECF system.

s/ Chadwick L. Shook