IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, ET AL.                                    PLAINTIFFS

V.

                                                                             CIVIL ACTION NO.:
                                                                             2:07-CV-84-WKW

A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, ET AL.                                          DEFENDANTS

## EXTECO, INC.'S
## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, Exteco, Inc. states as follows, to-wit:

The Defendant is Exteco, Inc. f/k/a Thermo Electric Co., Inc. Exteco, Inc. is not a publicly traded company nor does any publicly held corporation hold 10% or more if its stock.

                                                    Respectfully submitted,

                                                    EXTECO, INC.
                                                    Defendant

                                                    _____
                                                    s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL, & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

**CERTIFICATE OF SERVICE**

I, Chadwick L. Shook, do hereby certify that I have this 15th day of March served a copy of the above and foregoing by electronic means via the CM/ECF system.

s/ Chadwick L. Shook