IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, ET AL.　　　　　　　　　　　　　　　　　PLAINTIFFS

V.

　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.:
　　　　　　　　　　　　　　　　　　　　2:07-CV-84-WKW

A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, ET AL.　　　　　　　　　　　　　　　　　　DEFENDANTS

### THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC. CORPORATE DISCLOSURE STATEMENT

PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. states as follows, to-wit:

The Defendant is The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. is not a publicly traded company. It is wholly owned by SPX Corporation, which is a publicly traded company.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THE MARLEY-WYLAIN COMPANY
　　　　　　　　　　　　　　　　　　D/B/A WEIL-MCLAIN COMPANY, INC.

　　　　　　　　　　　　　　　　　　Defendant


　　　　　　　　　　　　　　　　　　BY:  s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL, & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

## **CERTIFICATE OF SERVICE**

I, Chadwick L. Shook, do hereby certify that I have this 15th day of March served a copy of the above and foregoing by electronic means via the CM/ECF system.

                                                                                     s/ Chadwick L. Shook