**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 16, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Bain et al v. A.O.Smith Electrical et al**

**Case Number:   2:07-cv-00084-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer to include a certificate of service.**

**The referenced PDF documents are attached to this notice for your review.   Reference is made to documents # 128, 129 & 130   filed on   March 15, 2007.**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, ET AL.                                          PLAINTIFFS

V.

                                                     CIVIL ACTION NO.:
                                                     2:07-CV-84-WKW

A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, ET AL.                                               DEFENDANTS

**BORG WARNER CORPORATION'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

      PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, Borg Warner Corporation states as follows, to-wit:

      The Defendant is Borg Warner Corporation by and through its successor in interest, BorgWarner Morse TEC Inc. Borg Warner Corporation is not a publicly traded company. It is wholly owned by Borg Warner, Inc., which is a publicly traded company.

                                        Respectfully submitted,

                                        BORG WARNER CORPORATION,
                                        Defendant

                                        _____
                                        s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE: 601-583-2671
FACSIMILE: 601-583-2677
E-MAIL: <u>CSHOOK@AULTMANTYNER.COM</u>

**CERTIFICATE OF SERVICE**

I, Chadwick L. Shook, do hereby certify that I have this 15th day of March served a copy of the above and foregoing by electronic means via the CM/ECF system.

s/ Chadwick L. Shook

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, ET AL.                                        PLAINTIFFS

V.

                                                              CIVIL ACTION NO.:
                                                              2:07-CV-84-WKW

A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, ET AL.                                              DEFENDANTS

### EXTECO, INC.'S
### CORPORATE DISCLOSURE STATEMENT

PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, Exteco, Inc. states as follows, to-wit:

The Defendant is Exteco, Inc. f/k/a Thermo Electric Co., Inc. Exteco, Inc. is not a publicly traded company nor does any publicly held corporation hold 10% or more if its stock.

                                    Respectfully submitted,

                                    EXTECO, INC.
                                    Defendant


                                    _____
                                    s/ Chadwick L. Shook


OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL, & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

## CERTIFICATE OF SERVICE

I, Chadwick L. Shook, do hereby certify that I have this 15th day of March served a copy of the above and foregoing by electronic means via the CM/ECF system.

s/ Chadwick L. Shook

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, ET AL.                                         PLAINTIFFS

V.

                                                              CIVIL ACTION NO.:
                                                              2:07-CV-84-WKW

A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, ET AL.                                               DEFENDANTS

### THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC. CORPORATE DISCLOSURE STATEMENT

PURSUANT TO Rule 26.1(c) of the *Federal Rules of Appellate Procedure*, The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. states as follows, to-wit:

The Defendant is The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. is not a publicly traded company. It is wholly owned by SPX Corporation, which is a publicly traded company.

> Respectfully submitted,
>
> THE MARLEY-WYLAIN COMPANY
> D/B/A WEIL-MCLAIN COMPANY, INC.
>
> Defendant
>
> BY:  s/ Chadwick L. Shook

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL, & SWETMAN, LTD.
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
TELEPHONE:  601-583-2671
FACSIMILE:  601-583-2677
E-MAIL:  CSHOOK@AULTMANTYNER.COM

**CERTIFICATE OF SERVICE**

I, Chadwick L. Shook, do hereby certify that I have this 15th day of March served a copy of the above and foregoing by electronic means via the CM/ECF system.

s/ Chadwick L. Shook