IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN; CLINE RAY BORDEN; THOMAS G. BROCK, II; BILLY RAY CUNNINGHAM; WILLOWDEAN HARRISON, individually and as representative of the Estate of ROBERT W. HARRISON; PATRICIA HOLCOMBE, individually and as representative of the Estate of JOSEPH JAMES HOLCOMBE, SR.; WANDA C. MILLER, individually and as representative of the Estate of FRANK T. MILLER; FRANK E. MORROW; EZRA O. SANFORD; ROGER SEYMORE; LILLIAN H. WILLIAMS, individually and as representative of the Estate of MANUEL R. WILLIAMS, SR., <br><br>Plaintiffs, <br><br>vs. <br><br>SURFACE COMBUSTION, et al., <br><br>Defendants. | Civil Action No. <br><br>2:07 CV84-WKW |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to 7.1 of the Federal Rules of Civil Procedure, Defendant SURFACE COMBUSTION, INC. makes the following disclosures:

1.  Surface Combustion, Inc. has no "parent" corporation.

2.  There is no publicly held corporation that owns Ten Percent or more of Surface Combustion, Inc.'s stock.

B DWM 741705 v1
1038803-000001 3/20/2007

Respectfully submitted on the March 20, 2007.

                                                s/David W. McDowell
                                                G. STEVEN HENRY
                                                (ASB - 4718N68G)
                                                DAVID W. McDOWELL
                                                (ASB - 7713-L69D)
                                                Attorneys for Surface Combustion, Inc.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:   (205) 328-0480  -  Facsimile: (205) 322-8007

## CERTIFICATE OF SERVICE

    I hereby certify that on March 20, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Courtt's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's CM/ECF electronic filing system.

All counsel of record.

                                                Respectfully submitted,

                                                s/David W. McDowell
                                                G. STEVEN HENRY (ASB - 4718N68G)
                                                DAVID W. McDOWELL (ASB - 7713-L69D)
                                                BAKER, DONELSON, BEARMAN,
                                                CALDWELL & BERKOWITZ, P.C.
                                                Wachovia Tower, Suite 1600
                                                420 North Twentieth Street
                                                Birmingham, Alabama 35203
                                                Telephone: (205) 250-8312
                                                Facsimile: (205) 488-3712

B DWM 741705 v1
1038803-000001 3/20/2007