IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, et al.,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | CIVIL ACTION NO.  2:07CV84-WKW |
| **vs.** ) | |
| ) | |
| **A.O. SMITH ELECRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O.** ) | |
| **SMITH CORPORATION, et al.,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**DEFENDANT SUNBEAM PRODUCTS, INCORPORATED'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Sunbeam Products, Incorporated ("Sunbeam"), by and through its undersigned attorneys, files the following Corporate Disclosure Statement:

1. Sunbeam is not a publicly traded company.

2. Sunbeam's parent company is Jarden Corporation.

3. Jarden Corporation is a publicly traded corporation that owns 10% or more of Sunbeam.

Respectfully Submitted,

**SUNBEAM PRODUCTS INCORPORATED**


BY:     */s/Randi Peresich Mueller*
**RANDI PERESICH MUELLER, ASB# 7546-R71M
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
460 BRIARWOOD DRIVE, SUITE 415
POST OFFICE BOX 16450
JACKSON, MS  39236
(601) 896-0114/FAX (601) 896-0145**

**CERTIFICATE OF SERVICE**

I, RANDI PERESICH MUELLER, of the law firm of Page, Mannino, Peresich & McDermott, P.L.L.C., have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated:   MARCH 20, 2007.

           _____/s/Randi Peresich_Mueller_____
           **PAGE, MANNINO, PERESICH &**
           **MCDERMOTT, P.L.L.C.**
           **POST OFFICE BOX 16450**
           **JACKSON, MS 39236**
           **TELEPHONE: (601) 896-0114**
           **FACSIMILE: (601) 896-0145**