IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    CASE NO.: 2:07-CV-84-WKW |
| | ) |
| ALBANY INTERNATIONAL CORP., et al., | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANT ALBANY INTERNATIONAL'S DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    [X]    There are no entities to be reported.

Respectfully submitted,

**s/Keith J. Pflaum**
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Albany International
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790
Telephone: (205) 980-5000
Fax: (205) 980-5001
E-mail: kjp@phm-law.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this the __22nd__ day of __March__, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by U. S. Mail the document to all non-CM/ECF participants.

            **s/Keith J. Pflaum**
            Keith J. Pflaum
            Bar Number: ASB-3002-A54K
            Attorney for Albany International
            Porterfield, Harper, Mills & Motlow, P.A.
            22 Inverness Center Parkway, Suite 600
            P.O. Box 530790
            Birmingham, AL 35253-0790
            Telephone: (205) 980-5000
            Fax: (205) 980-5001
            E-mail: kjp@phm-law.com