**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO.:** |
| | * | **2:07-CV-84-WKW** |
| **A. O. SMITH ELECTRICAL** | * | |
| **PRODUCTS COMPANY, et al.,** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**GOULDS PUMPS, INC. CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for GOULDS PUMPS, INC. certifies that Goulds Pumps, Inc. is a wholly owned subsidiary of ITT INDUSTRIES, INC. and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ Timothy A. Clarke
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)
***Attorneys for Defendant Goulds Pumps,
Inc.***

OF COUNSEL:
Vickers, Riis, Murray and Curran, LLC
106 St. Francis Street
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone:     (251) 432-9772
Facsimile:     (251) 432-9781
Email:          gredditt@vickersriis.com
                tclarke@vickersriis.com

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on March 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

/s/ Timothy A. Clarke    
TIMOTHY A. CLARKE
