IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 MAR 22 A 10: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES R. BAIN, et al., )
)
      Plaintiffs, ) CIVIL ACTION CASE NO.
) 2:07-cv-84-WKW
VS. )
)
A.O. SMITH ELECTRICAL PRODUCTS )
COMPANY, a division of A.O. Smith )
Corporation, et al., )
)
      Defendants. )
)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to M.D. AL. Local Rule 83.1(b), the undersigned counsel, Sara S. Turnipseed of Nelson Mullins Riley and Scarborough, L.L.P., respectfully moves the court for an order granting admission pro hac vice for the purpose of appearing as counsel on behalf of Nikko Materials USA, Inc., d/b/a Gould Electronics, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1. The undersigned is admitted to practice in the United States District Court of the Northern District of Georgia and was admitted in 1977.

2. The undersigned is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The undersigned has presented a check in the amount of Twenty Dollars ($20.00) in payment of the administrative fees

required to process this motion for admission pro hac vice.

WHEREFORE, the undersigned counsel respectfully request this Court enter an order of admission pro hac vice for purposes of this cause only.

This 21st day of March, 2007.

Respectfully submitted:

*Sara S. Turnipseed*
Sara S. Turnipseed, Esq.
Ga. Bar # 720112

Nelson, Mullins, Riley & Scarborough, LLP
999 Peachtree Street NE
Suite 1400
Atlanta, GA 30309-3964
(404) 817-60000

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION CASE NO. |
| | ) 2:07-cv-84-WKW |
| VS. | ) |
| | ) |
| A.O. SMITH ELECTRICAL PRODUCTS | ) |
| COMPANY, a division of A.O. Smith | ) |
| Corporation, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** via U.S. Mail, to all counsel of record, including the following:

Counsel for Plaintiffs:

G. Patterson Keahey, Esq.
One Independence Plaza
Suite 612
Birmingham, AL 35209

This 23rd day of March, 2007.

_____
Sara S. Turnipseed

NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA 30309
(404) 817-6000
(404) 817-6050 – Fax

3



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**     }
                                 } ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **SARA SADLER TURNIPSEED, 720112,** was duly admitted to practice in said Court on September 29, 1977 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 21st day of March, 2007.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk