IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.
_____/

CIVIL ACTION NO.
2:07CV84-WKW

## CORPORATE/CONFLICT DISCLOSURE STATEMENT
## OF DEFENDANT CLEAVER BROOKS

In accordance with the order of this Court, the undersigned party or parites to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047 :

There are no entities to be reported.

This 28th day of March, 2007.

                HAWKINS & PARNELL, LLP

                s/Nathan M. Thompson
                Nathan M. Thompson
                AL Bar No. ASB-9240-H57T

                Counsel for Cleaver Brooks

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243

10302845v.1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

      Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

      Defendants.
_____/

CIVIL ACTION NO.
2:07CV84-WKW

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served the Corporate/Conflict Disclosure Statement to all counsel of record with the CM/ECF system.

This the 28th day of March, 2007.

      HAWKINS & PARNELL, LLP

      s/Nathan M. Thompson
      Nathan M. Thompson
      AL Bar No. ASB-9240-H57T

303 Peachtree St. NE, Suite 4000
Atlanta, GA 30308
404-614-7400

10302845v.1