

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, et al.,**<br><br>    Plaintiffs,<br>vs.<br><br>**A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al,,**<br><br>    Defendants. | )<br>)<br>)<br>)   CIVIL ACTION NO.<br>)<br>)   2:07-CV-84-MHT<br>)<br>)   JURY DEMAND<br>)<br>)<br>) |

## SUMMONS

TO DEFENDANT:

**BP AMOCO CHEMICAL COMPANY,** c/o It's President ML Noetzel, 200 E. Randolph Drive, Chicago, IL 60601.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One **Independence Plaza, Suite 612, Birmingham, Alabama 35209,** a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/6/07

Debra P. Hackett, Acting Clerk

By: [signature]
    Deputy Clerk

**RETURNED AND FILED**

MAR 29 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104