THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et. al., | ) |
|     Plaintiffs, | ) ) ) |
| vs. | ) Civil Action No.: 2:07-CV-84-WKW ) |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, et. al., | ) ) ) |
|     Defendants. | ) ) ) |

## MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO TRANSFER TO MDL

Comes now, the John Crane, Inc., and moves the Court to either dismiss this Complaint with prejudice, or, alternatively, transfer this action to the United States Court for the Eastern District of Pennsylvania, and in support thereof, states as follows:

1. The Complaint fails to state a claim upon which relief may be granted.

2. Venue is improper in this Court.

3. The Complaint should be dismissed because a more convenient forum for this litigation exists in another United States District Court.

4. Upon information and belief, this case should be transferred to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pre-trial proceedings pursuant to 28 U.S.C. § 1407 as a "tag along action" pursuant to the order entered on July 29, 1999 by the Judicial Panel on Multi-District Litigation.

           s/Frank E. Lankford, Jr.
           Frank E. Lankford, Jr., Esquire
           LAN037
           ASB: 8409-K71F
           Attorney for Defendant,
           John Crane, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

     **Defendant requests Oral Argument on Motion to Dismiss**
       **or Alternatively Motion to Transfer to MDL.**

           s/Frank E. Lankford, Jr.
           s/Frank E. Lankford, Jr., Esquire

## CERTIFICATE OF SERVICE

  I hereby certify that on the  13th  of April , 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below

 **Daniel Ray Alexander**
  dra@carrallison.com wmh@carrallison.com

 **Schuyler Allen Baker, Jr**
  abaker@balch.com

 **Cyrus C Barger, III**
  tresbarger@judelawfirm.com amyers@judelawfirm.com

 **Nathan A. Bosio**
  nbosio@doganwilkinson.com smason@doganwilkinson.com

 **C. Paul Cavender**
  pcavende@burr.com jmcmicha@burr.com

**Timothy A. Clarke**
tclarke@vickersriis.com cmiller@vickersriis.com, llods@vickersriis.com

**Stephen Christopher Collier**
ccollier@hplegal.com vberrong@hplegal.com

**Richard M. Crump**
crumprm@fpwk.com annaw@fpwk.com, gwatkins@fpwk.com

**Melody Hurdle Eagan**
meagan@lfwlaw.com

**Jenelle Rae Evans**
jevans@balch.com

**Gary W. Fillingim**
gwf@emcdonoughlaw.com

**Roger Charles Foster**
rcfoster@laneyfoster.com

**Laura DeVaughn Goodson**
goodsonld@fpwk.com aleservice@fpwk.com;annaw@fpwk.com

**Nicole Mapp Hardee**
nicole@harris-harris.com

**Anthony Cameron Harlow**
ach@starneslaw.com

**James Addison Harris, III**
jamey@harris-harris.com jameyharris2003@hotmail.com

**Glen Steven Henry**
shenry@bakerdonelson.com swilson@bakerdonelson.com

**Clifton W. Jefferis**
jefferiscw@fpwk.com edmondsonbk@fpwk.com,gwatkins@fpwk.com

**Lucy Westover Jordan**
lj@keeselby.com

**G. Patterson Keahey, Jr**
info@mesohelp.com

**Kacey L. Keeton**
kkeeton@brunini.com

**Timothy Wade Knight**
tk@keeselby.com analley@keeselby.com

**David Whittington McDowell**
  dmcdowell@bakerdonelson.com

**Edward B. Mcdonough, Jr**
  ebm@emcdonoughlaw.com mjm@emcdonoughlaw.com

**William T. Mills, II**
  mrs@phm-law.com PHM@phm-law.com

**Randi Peresich Mueller**
  rmueller@pmp.org Trish.Harbour@pmp.org;Mike.Whitehead@pmp.org

**Edwin Bryan Nichols**
  bnichols@maynardcooper.com bnick20@mindspring.com

**Vincent A. Noletto, Jr**
  van@carrallison.com ars@carrallison.com, lls@carrallison.com

**Brandy Reshaun Owens**
  bowens@lfwlaw.com amyhe@lfwlaw.com

**Donald C. Partridge**
  partridgedc@fpwk.com annaw@fpwk.com, gwatkins@fpwk.com

**James Laurens Pattillo**
  jpattillo@nwkt.com

**Keith James Pflaum**
  cec@phm-law.com

**William Larkin Radney, IV**
  lradney@lfwlaw.com

**F. Grey Redditt, Jr**
  gredditt@vickersriis.com lsanford@vickersriis.com;llods@vickersriis.com

**Tom Steven Roper**
  tsr@carrallison.com

**Chadwick L Shook**
  cshook@aultmantyner.com

**John Albert Smyth, III**
  jsmyth@maynardcooper.com ccoggin@maynardcooper.com

**Gregory M. Taube**
  greg.taube@nelsonmullins.com jeff.mapen@nelsonmullins.com

**Nathan M. Thompson**
  nthompson@hplegal.com vberrong@hplegal.com

**Michael Anthony Vercher**
mavercher@csattorneys.com

**H. Thomas Wells, Jr**
twells@mcglaw.com

**Allan R. Wheeler**
awheeler@burr.com

**Natasha Lynke Wilson**
nwilson@lfwlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case

**Bayer Cropscience, Inc.**
1201 Peachtree Street
Atlanta, GA 30361

**Clark-Reliance Corporation**
16633 Foltz Industrial Parkway
Strongsville, OH 44136

**Flame Refractories, Inc.**
225 Hillsborough Street
Raleigh, NC 27603

**Evelyn M. Fletcher**
Hawkins & Parnell LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243

**Goodyear Tire and Rubber Co,**
621 Lakeland Drive East
Flowood, MS 39208

**James Gordon House, III**
Forman Perry Watkins Krutz & Tardy LLP

PO Box 22608
Jackson, MS 39225-2608

**Imo Industries, Inc.**
2711 Centerville Road, Suite 400
Wilmington, DE 19808/

**Jeffrey L. Mapen**
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

**Owens-Illinois, Inc.**
1209 Orange Street
Wilmington, DE 19801

**Square D Company**
c/o Registered Agent, Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

**Sara S. Turnipseed**
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

**Uniroyal Fiber and Textile & Division of Uniroyal, Inc.**
c/o Prentice Hall Corp. System, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

                                                              s/Frank E. Lankford, Jr.
                                                              s/Frank E. Lankford, Jr.