THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,                )
                                      )
        Plaintiffs,                   )
                                      )
vs.                                   )    CIVIL ACTION NO. 2:07-cv-00084-WKW
                                      )
A.O. SMITH ELECTRICAL, et al.,        )
                                      )
        Defendants.                   )

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

COME NOW the Defendants ITT Corporation, f/k/a ITT Industries, Inc., and Bell & Gossett, a subsidiary of ITT Corporation, f/k/a ITT Industries, Inc., and in accordance with the order of this Court, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

**ITT Corporation** is a publicly traded corporation. It does not have a parent company, and no publicly-held corporation owns ten per cent or more of its stock.

**Bell & Gossett** is a wholly owned subsidiary of ITT Corporation, f/k/a ITT Industries, Inc.


/s Lucy W. Jordan
Lucy W. Jordan (JOR037)
Attorney for Defendants
ITT Corporation, f/k/a ITT Industries, Inc.
and Bell & Gossett, a subsidiary of ITT
Corporation, f/k/a ITT Industries, Inc.

**OF COUNSEL:**
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900
fax (205) 968-9909
email: lj@keeselby.com

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this 17th day of April, 2007, a copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                             _____s/ Lucy W. Jordan_____
                             OF COUNSEL