THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07-cv-00084-WKW |
| | ) |
| A.O. SMITH ELECTRICAL, et al., | ) |
| | ) |
| Defendants. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendant The Lincoln Electric Company, and in accordance with the order of this Court, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

**The Lincoln Electric Company** is a wholly owned subsidiary of Lincoln Electric Holdings, Inc., a publicly traded company. No publicly traded company owns more than ten percent of the stock of Lincoln Electric Holdings, Inc.

/s Lucy W. Jordan
Lucy W. Jordan (JOR037)
Attorney for Defendant
The Lincoln Electric Company

**OF COUNSEL:**
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900
fax (205) 968-9909
email:  lj@keeselby.com

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 17th day of April, 2007, a copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                                                                                    s/ Lucy W. Jordan
                                                                                                       OF COUNSEL