THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et. al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:07-CV-84-WKW |
| | ) |
| A.O.SMITH ELECTRICAL PRODUCTS | ) |
| COMPANY, et. al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT JOHN CRANE, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant John Crane, Inc. states that it is wholly owned by its parent corporation, Smiths Group, PLC and that Smiths Group, PLC owns all of the stock in John Crane, Inc.

                                                             s/Frank E. Lankford, Jr.
                                                             Frank E. Lankford, Jr., Esquire
                                                             LAN037
                                                             ASB: 8409-K71F
                                                             Attorney for Defendant,
                                                             John Crane, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## **CERTIFICATE OF SERVICE**

I hereby certify that on the  28th    of April   , 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below

**Daniel Ray Alexander**
dra@carrallison.com wmh@carrallison.com

**Schuyler Allen Baker, Jr**
abaker@balch.com

**Cyrus C Barger, III**
tresbarger@judelawfirm.com amyers@judelawfirm.com

**Nathan A. Bosio**
nbosio@doganwilkinson.com smason@doganwilkinson.com

**C. Paul Cavender**
pcavende@burr.com jmcmicha@burr.com

**Timothy A. Clarke**
tclarke@vickersriis.com cmiller@vickersriis.com, llods@vickersriis.com

**Stephen Christopher Collier**
ccollier@hplegal.com vberrong@hplegal.com

**Richard M. Crump**
crumprm@fpwk.com annaw@fpwk.com, gwatkins@fpwk.com

**Melody Hurdle Eagan**
meagan@lfwlaw.com

**Jenelle Rae Evans**
jevans@balch.com

**Gary W. Fillingim**
gwf@emcdonoughlaw.com

**Roger Charles Foster**
rcfoster@laneyfoster.com

**Laura DeVaughn Goodson**
goodsonld@fpwk.com aleservice@fpwk.com;annaw@fpwk.com

**Nicole Mapp Hardee**
nicole@harris-harris.com

**Anthony Cameron Harlow**
ach@starneslaw.com

**James Addison Harris, III**
    jamey@harris-harris.com jameyharris2003@hotmail.com

**Glen Steven Henry**
    shenry@bakerdonelson.com swilson@bakerdonelson.com

**Clifton W. Jefferis**
    jefferiscw@fpwk.com edmondsonbk@fpwk.com,gwatkins@fpwk.com

**Lucy Westover Jordan**
    lj@keeselby.com

**G. Patterson Keahey, Jr**
    info@mesohelp.com

**Kacey L. Keeton**
    kkeeton@brunini.com

**Timothy Wade Knight**
    tk@keeselby.com analley@keeselby.com

**Frank E. Lankford, Jr**
    fel@hfsllp.com tdc@hfsllp.com

**David Whittington McDowell**
    dmcdowell@bakerdonelson.com

**Edward B. Mcdonough, Jr**
    ebm@emcdonoughlaw.com mjm@emcdonoughlaw.com

**William T. Mills, II**
    mrs@phm-law.com PHM@phm-law.com

**Randi Peresich Mueller**
    rmueller@pmp.org april.germany@pmp.org;Mike.Whitehead@pmp.org

**Edwin Bryan Nichols**
    bnichols@maynardcooper.com bnick20@mindspring.com

**Vincent A. Noletto, Jr**
    van@carrallison.com ars@carrallison.com, lls@carrallison.com

**Brandy Reshaun Owens**
    bowens@lfwlaw.com amyhe@lfwlaw.com

**Donald C. Partridge**
    partridgedc@fpwk.com annaw@fpwk.com, gwatkins@fpwk.com

**James Laurens Pattillo**
    jpattillo@nwkt.com

**Keith James Pflaum**
    cec@phm-law.com

**William Larkin Radney, IV**
    lradney@lfwlaw.com

**F. Grey Redditt, Jr**
    gredditt@vickersriis.com lsanford@vickersriis.com;llods@vickersriis.com

**Tom Steven Roper**
    tsr@carrallison.com

**Chadwick L Shook**
    cshook@aultmantyner.com

**John Albert Smyth, III**
    jsmyth@maynardcooper.com ccoggin@maynardcooper.com

**Gregory M. Taube**
    greg.taube@nelsonmullins.com jeff.mapen@nelsonmullins.com

**Nathan M. Thompson**
    nthompson@hplegal.com vberrong@hplegal.com

**Michael Anthony Vercher**
    mavercher@csattorneys.com

**H. Thomas Wells, Jr**
    twells@mcglaw.com

**Allan R. Wheeler**
    awheeler@burr.com

**Natasha Lynke Wilson**
    nwilson@lfwlaw.com

Manual Notice was mailed to the following:

**Bayer Cropscience, Inc.**
1201 Peachtree Street
Atlanta, GA 30361

**Clark-Reliance Corporation**
16633 Foltz Industrial Parkway
Strongsville, OH 44136

**Flame Refractories, Inc.**
225 Hillsborough Street

Raleigh, NC 27603

**Evelyn M. Fletcher**
Hawkins & Parnell LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243

**Goodyear Tire and Rubber Co,**
621 Lakeland Drive East
Flowood, MS 39208

**James Gordon House, III**
Forman Perry Watkins Krutz & Tardy LLP
PO Box 22608
Jackson, MS 39225-2608

**Imo Industries, Inc.**
2711 Centerville Road, Suite 400
Wilmington, DE 19808/

**Jeffrey L. Mapen**
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

**Owens-Illinois, Inc.**
1209 Orange Street
Wilmington, DE 19801

**Square D Company**
c/o Registered Agent, Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

**Sara S. Turnipseed**
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

**Uniroyal Fiber and Textile & Division of Uniroyal, Inc.**
c/o Prentice Hall Corp. System, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

                                                    s/Frank E. Lankford, Jr.
                                                    Of Counsel