THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et. al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civil Action No.: 2:07-CV-84-WKW ) |
| A.O.SMITH ELECTRICAL PRODUCTS COMPANY, et. al., | ) ) ) |
| Defendants. | ) ) |

**CORPORATE DISCLOSURE STATEMENT ON BEHALF OF
DEFENDANT HONEYWELL, INC.**

Defendant Honeywell, Inc., pursuant to Federal Rule of Civil Procedure 7.1 states as follows:

Honeywell, Inc. is a publicly traded corporation. It has no parent corporation, nor does any entity own ten percent (10%) or more of its stock.

s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Defendant,
Honeywell, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th of April, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below

**Daniel Ray Alexander**
dra@carrallison.com wmh@carrallison.com

**Schuyler Allen Baker, Jr**
abaker@balch.com

**Cyrus C Barger, III**
tresbarger@judelawfirm.com amyers@judelawfirm.com

**Nathan A. Bosio**
nbosio@doganwilkinson.com smason@doganwilkinson.com

**C. Paul Cavender**
pcavende@burr.com jmcmicha@burr.com

**Timothy A. Clarke**
tclarke@vickersriis.com cmiller@vickersriis.com, llods@vickersriis.com

**Stephen Christopher Collier**
ccollier@hplegal.com vberrong@hplegal.com

**Richard M. Crump**
crumprm@fpwk.com annaw@fpwk.com, gwatkins@fpwk.com

**Melody Hurdle Eagan**
meagan@lfwlaw.com

**Jenelle Rae Evans**
jevans@balch.com

**Gary W. Fillingim**
gwf@emcdonoughlaw.com

**Roger Charles Foster**
rcfoster@laneyfoster.com

**Laura DeVaughn Goodson**
goodsonld@fpwk.com aleservice@fpwk.com;annaw@fpwk.com

**Nicole Mapp Hardee**
nicole@harris-harris.com

**Anthony Cameron Harlow**
ach@starneslaw.com

**James Addison Harris, III**
jamey@harris-harris.com jameyharris2003@hotmail.com

**Glen Steven Henry**
shenry@bakerdonelson.com swilson@bakerdonelson.com

**Clifton W. Jefferis**
jefferiscw@fpwk.com edmondsonbk@fpwk.com,gwatkins@fpwk.com

**Lucy Westover Jordan**
lj@keeselby.com

**G. Patterson Keahey, Jr**
info@mesohelp.com

**Kacey L. Keeton**
kkeeton@brunini.com

**Timothy Wade Knight**
tk@keeselby.com analley@keeselby.com

**Frank E. Lankford, Jr**
fel@hfsllp.com tdc@hfsllp.com

**David Whittington McDowell**
dmcdowell@bakerdonelson.com

**Edward B. Mcdonough, Jr**
ebm@emcdonoughlaw.com mjm@emcdonoughlaw.com

**William T. Mills, II**
mrs@phm-law.com PHM@phm-law.com

**Randi Peresich Mueller**
rmueller@pmp.org april.germany@pmp.org;Mike.Whitehead@pmp.org

**Edwin Bryan Nichols**
bnichols@maynardcooper.com bnick20@mindspring.com

**Vincent A. Noletto, Jr**
van@carrallison.com ars@carrallison.com, lls@carrallison.com

**Brandy Reshaun Owens**
bowens@lfwlaw.com amyhe@lfwlaw.com

**Donald C. Partridge**
partridgedc@fpwk.com annaw@fpwk.com, gwatkins@fpwk.com

**James Laurens Pattillo**
jpattillo@nwkt.com

**Keith James Pflaum**
cec@phm-law.com

**William Larkin Radney, IV**
    lradney@lfwlaw.com

**F. Grey Redditt, Jr**
    gredditt@vickersriis.com lsanford@vickersriis.com;llods@vickersriis.com

**Tom Steven Roper**
    tsr@carrallison.com

**Chadwick L Shook**
    cshook@aultmantyner.com

**John Albert Smyth, III**
    jsmyth@maynardcooper.com ccoggin@maynardcooper.com

**Gregory M. Taube**
    greg.taube@nelsonmullins.com jeff.mapen@nelsonmullins.com

**Nathan M. Thompson**
    nthompson@hplegal.com vberrong@hplegal.com

**Michael Anthony Vercher**
    mavercher@csattorneys.com

**H. Thomas Wells, Jr**
    twells@mcglaw.com

**Allan R. Wheeler**
    awheeler@burr.com

**Natasha Lynke Wilson**
    nwilson@lfwlaw.com

Manual Notice was mailed to the following:

**Bayer Cropscience, Inc.**
1201 Peachtree Street
Atlanta, GA 30361

**Clark-Reliance Corporation**
16633 Foltz Industrial Parkway
Strongsville, OH 44136

**Flame Refractories, Inc.**
225 Hillsborough Street
Raleigh, NC 27603

**Evelyn M. Fletcher**

Hawkins & Parnell LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243

**Goodyear Tire and Rubber Co,**
621 Lakeland Drive East
Flowood, MS 39208

**James Gordon House, III**
Forman Perry Watkins Krutz & Tardy LLP
PO Box 22608
Jackson, MS 39225-2608

**Imo Industries, Inc.**
2711 Centerville Road, Suite 400
Wilmington, DE 19808/

**Jeffrey L. Mapen**
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

**Owens-Illinois, Inc.**
1209 Orange Street
Wilmington, DE 19801

**Square D Company**
c/o Registered Agent, Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

**Sara S. Turnipseed**
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

**Uniroyal Fiber and Textile & Division of Uniroyal, Inc.**
c/o Prentice Hall Corp. System, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

                                                    s/Frank E. Lankford, Jr.
                                                    Of Counsel