IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES BAIN, et al.

        Plaintiffs,        CIVIL ACTION NO.
                                  2:07CV84-WKW

vs.

A. O. SMITH ELECTRICAL
PRODUCTS COMPANY, a division of
A.O. SMITH CORPORATION, et al.,

        Defendants.

_____

**NOTICE OF WITHDRAWAL**

        COMES NOW Nathan M. Thompson of the law firm of Hawkins & Parnell, LLP. and hereby gives this Court his notice of withdrawal as counsel on behalf of Defendants Arvinmeritor, Inc., Foseco, Inc., Maremont Corporation and Union Carbide Corporation in this matter. S. Chistopher Collier of the law firm of Hawkins & Parnell LLP, 303 Peachtree Street, N.E., 4000 SunTrust Plaza, Atlanta, Georgia 30308 will continue to serve as counsel of record for said Defendants. Henceforth, all notices should be sent to S. Christopher Collier at the above address.

        Respectfully submitted, this 11th day of May, 2007.

[SIGNATURES BEGIN ON NEXT PAGE]

10312225-1

Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308

/s/ Nathan M. Thompson
Nathan M. Thompson
ASB 9240-H57T

10312225-1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES BAIN, et al.

        Plaintiffs,        CIVIL ACTION NO.
                                  2:07CV84-WKW

vs.

A. O. SMITH ELECTRICAL
PRODUCTS COMPANY, a division of
A.O. SMITH CORPORATION, et al.,

        Defendants.
_____

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record in the foregoing matter with a copy of **NOTICE OF WITHDRAWAL** via electronic filing.

This 11th day of May, 2007.

                                  /s/ Nathan M. Thompson
                                  Nathan M. Thompson
                                  ASB 9240-H57T


                                  Hawkins & Parnell, LLP
                                  4000 SunTrust Plaza
                                  303 Peachtree Street, NE
                                  Atlanta, Georgia 30308-3243

10312225-1