IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES BAIN, et al.

    Plaintiffs,

vs.

A. O. SMITH ELECTRICAL
PRODUCTS COMPANY, a division of
A.O. SMITH CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO.
2:07CV84-WKW

Eastern District of Pennsylvania,
In Re: Asbestos Products Liability
Legislation (No. VI), Civil Action
No. MDL 875

## MOTION TO WITHDRAW

COMES NOW, Evelyn M. Fletcher, of the law firm of Hawkins & Parnell, LLP, 4000 SunTrust Plaza, 303 Peachtree Street, N.E., Atlanta, Georgia 30308-3243, (404) 614-7400, moves the Court to allow her withdrawal as counsel for Defendants Arvinmeritor, Inc., Foseco, Inc., Maremont Corporation, and Union Carbide Corporation.

As grounds for this motion counsel represents that, as a result of a clerical error, her name was included on the Answers for Defendants Arvinmeritor, Inc., Foseco, Inc., Maremont Corporation, and Union Carbide Corporation. Other counsel from Hawkins & Parnell, LLP have entered appearances on behalf of these Defendants and this withdrawal will in no way adversely effect Arvinmeritor, Inc., Foseco, Inc., Maremont Corporation, or Union Carbide Corporation.

Wherefore, Evelyn M. Fletcher respectfully requests the Court grant this motion and allow her to withdraw from this case.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES BAIN, et al.

        Plaintiffs,

vs.

A. O. SMITH ELECTRICAL
PRODUCTS COMPANY, a division of
A.O. SMITH CORPORATION, et al.,

        Defendants.

CIVIL ACTION NO.
2:07CV84-WKW

Eastern District of Pennsylvania,
In Re: Asbestos Products Liability
Legislation (No. VI), Civil Action
No. MDL 875

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I have this day served the foregoing Motion to Withdraw via U.S. Mail, postage prepaid.

    This 14th day of March, 2007.

                                HAWKINS & PARNELL, LLP

                                *Evelyn M. Fletcher*
                                Evelyn M. Fletcher
                                AL Bar No. ASB-1485C19E

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

10300216-1

Respectfully submitted this 14th day of March, 2007.

> HAWKINS & PARNELL, LLP
>
> /s/ Evelyn M. Fletcher
> Evelyn M. Fletcher
> AL Bar No. ASB-1485C19E

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

10300216-1