THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, et al.,** ) | |
| ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| vs. ) | |
| ) | 2:07-CV-84-WKW-TFM |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | |
| **COMPANY, a division of A.O. SMITH** ) | JURY DEMAND |
| **CORPORATION, et al,,** ) | |
| ) | |
| Defendants. | |

## ALIAS SUMMONS

TO DEFENDANT:

**BORG-WARNER CORPORATION**, by its successor in interest, **BORGWARNER MORSE TEC INC.**, 3850 Hamlin Road, Auburn Mills, MI 48326.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/22/07

Debra P. Hackett,     Clerk

By: William C. L___

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., )<br>)<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>A. O. SMITH ELECTRICAL PRODUCTS )<br>COMPANY, a division of A.O. SMITH )<br>CORPORATION, et al,, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>2:07-CV-84-WKW-TFM<br><br>JURY DEMAND |

## ALIAS SUMMONS

TO DEFENDANT:

**BAYER CROPSCIENCE, INC.**, individual and as successor to **AVENTIS CROPSCIENCE USA, INC.** f/k/a **RHONE-POULENCE AG CO.**, f/k/a **AMCHEM, PRODUCTS, INC., BENJAMIN FOSTER CO.**, c/o Its Registered Agent Corporation Service Company, 80 State Street, Albany, New York 12207-2543.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/22/07                                    Debra P. Hackett,         Clerk

                                                 By: _William C. R___
                                                           Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| **A. O. SMITH ELECTRICAL PRODUCTS** ) | 2:07-CV-84-WKW-TFM |
| **COMPANY, a division of A.O. SMITH** ) | |
| **CORPORATION, et al,,** ) | JURY DEMAND |
| ) | |
| Defendants. ) | |
| ) | |

## ALIAS SUMMONS

TO DEFENDANT:

**BP AMOCO CHEMICAL COMPANY,** c/o It's Registered Agent, The Corporation Company, 120 N. Robinson, Suite735, Oklahoma City, OK 73120

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 5/22/07

Debra P. Hackett,      Clerk

By: William C. L___

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| vs. | ) | |
| | ) | 2:07-CV-84-WKW-TFM |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | JURY DEMAND |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | | |

## ALIAS SUMMONS

TO DEFENDANT:

**COOPER INDUSTRIES, LLC,** f/n/a **COOPER INDUSTRIES, INC.,** individually and as successor-in-interest to **CROUSE-HINDS,** c/o Its President, P. O. Box 4446, Houston, TX 77210-4446.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/22/07

Debra P. Hackett,     Clerk

By: _William C. R___

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, et al.,**<br><br>    Plaintiffs,<br>vs.<br><br>**A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al,,**<br><br>    Defendants. | **CIVIL ACTION NO.**<br><br>**2:07-CV-84-WKW-TFM**<br><br>**JURY DEMAND** |

## ALIAS SUMMONS

TO DEFENDANT:

**FLAME REFRACTORIES, INC.**, c/o Its Registered Agent, CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr. of Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/22/07

Debra P. Hackett,     Clerk

By: William C. R____

Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMES R. BAIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| vs. | ) | |
| | ) | 2:07-CV-84-WKW-TFM |
| A. O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION, et al,, | ) ) ) ) | JURY DEMAND |
| Defendants. | | |

## ALIAS SUMMONS

TO DEFENDANT:

**UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC.**, c/o Its President Joseph P. Flannery, 70 Great Hill Road, Naugatuck, CT 06770

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**G. Patterson Keahey, Jr.** of Law Offices of G. Patterson Keahey, P.C., One **Independence Plaza, Suite 612, Birmingham, Alabama 35209**, a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 5/22/07

Debra P. Hackett,    Clerk

By: William C. R____
Deputy Clerk

Clerk, U.S. District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104