**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC.**
c/o Its President Joseph P. Flannery
70 Great Hill Road
Naugatuck, CT 06770

07 cv 84 C✝ Alias Sum.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent
                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   PETITO                        5/24/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)     7003 3110 0004 0799 8903

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540