| **SENDER:** *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>JIM HERMAN |
| 1. Article Addressed to:<br><br>**BORG-WARNER CORPORATION**, by its successor in interest,<br>**BORGWARNER MORSE TEC INC.**<br>3850 Hamlin Road<br>Auburn Hills, MI 48326<br><br>07cv84   C & Alias Sum. | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☒ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7003 3110 0004 0799 8910 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540