THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | **2:07-CV-84-WKW-TFM** |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | | |

## MOTION FOR LEAVE OF COURT TO FILE
## FIRST AMENDMENT TO THE COMPLAINT

COME NOW the Plaintiffs, by and through counsel, and file this, their Motion for Leave of Court to allow an amendment to the Complaint to correct the name of Defendant Allis-Chalmers Corporation as set out in their FIRST AMENDMENT TO THE COMPLAINT and incorporated herein as Exhibit A to this motion. Additionally Plaintiffs request that this Court allow the First Amendment to the Complaint to be served upon the existing defendants by service by electronic filing upon their respective Attorneys of Record, and to Defendants without appearance of counsel by US Mail.

**WHEREFORE PREMISES CONSIDERED,** Plaintiffs respectfully request leave of court to allow the filing of their FIRST AMENDEMENT TO THE COMPLAINT. Plaintiffs further request that the Court allow service of the First Amendment to the Complaint on the existing defendants by service upon their respective Attorneys of record by electronic filing and by US Mail.

Respectfully submitted,


s/G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY, JR.
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, AL  35209
(205) 871-0707 (telephone)
(205) 871-0801 (fax)
info@mesohelp.com (e-mail)


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being filed electronically with the Clerk of the Court using the CM/ECF system and by US Mail on this 29th day of May, 2007 to the following:

Daniel Ray Alexander     dra@carrallison.com, wmh@carrallison.com

Schuyler Allen Baker, Jr     abaker@balch.com

Cyrus C Barger, III     tresbarger@judelawfirm.com, amyers@judelawfirm.com

Nathan A. Bosio     nbosio@doganwilkinson.com, smason@doganwilkinson.com

C. Paul Cavender     pcavende@burr.com, jmcmicha@burr.com

Timothy A. Clarke     tclarke@vickersriis.com, cmiller@vickersriis.com, llods@vickersriis.com

Stephen Christopher Collier     ccollier@hplegal.com, vberrong@hplegal.com

Richard M. Crump     crumprm@fpwk.com, annaw@fpwk.com, gwatkins@fpwk.com

Melody Hurdle Eagan     meagan@lfwlaw.com

Jenelle Rae Evans     jevans@balch.com,

Gary W. Fillingim     gwf@emcdonoughlaw.com

Roger Charles Foster     rcfoster@laneyfoster.com

Laura DeVaughn Goodson     goodsonld@fpwk.com, aleservice@fpwk.com;
                                            annaw@fpwk.com

Nicole Mapp Hardee     nicole@harris-harris.com

Anthony Cameron Harlow     ach@starneslaw.com

James Addison Harris, III     jamey@harris-harris.com,
                                        jameyharris2003@hotmail.com

Glen Steven Henry     shenry@bakerdonelson.com, swilson@bakerdonelson.com

Clifton W. Jefferis     jefferiscw@fpwk.com, edmondsonbk@fpwk.com,
                                gwatkins@fpwk.com

Lucy Westover Jordan     lj@keeselby.com

Kacey L. Keeton     kkeeton@brunini.com

Timothy Wade Knight     tk@keeselby.com, analley@keeselby.com

Frank E. Lankford, Jr     fel@hfsllp.com, tdc@hfsllp.com

David Whittington McDowell     dmcdowell@bakerdonelson.com

Edward B. Mcdonough, Jr     ebm@emcdonoughlaw.com,
                                        mjm@emcdonoughlaw.com

William T. Mills, II     mrs@phm-law.com, PHM@phm-law.com

Randi Peresich Mueller     rmueller@pmp.org, april.germany@pmp.org;
                                        Mike.Whitehead@pmp.org

Edwin Bryan Nichols     bnichols@maynardcooper.com, bnick20@mindspring.com

Vincent A. Noletto, Jr     van@carrallison.com, ars@carrallison.com,
                                    lls@carrallison.com

Brandy Reshaun Owens     bowens@lfwlaw.com, amyhe@lfwlaw.com

Donald C. Partridge     partridgedc@fpwk.com, annaw@fpwk.com,
                                gwatkins@fpwk.com

James Laurens Pattillo     jpattillo@nwkt.com

Keith James Pflaum    cec@phm-law.com

William Larkin Radney, IV    lradney@lfwlaw.com

F. Grey Redditt, Jr    gredditt@vickersriis.com, lsanford@vickersriis.com;
llods@vickersriis.com

Tom Steven Roper    tsr@carrallison.com,

Chadwick L Shook    cshook@aultmantyner.com

John Albert Smyth, III    jsmyth@maynardcooper.com,
ccoggin@maynardcooper.com

Gregory M. Taube    greg.taube@nelsonmullins.com,
jeff.mapen@nelsonmullins.com;
maureen.collett@nelsonmullins.com

Nathan M. Thompson    nthompson@hplegal.com, vberrong@hplegal.com

Michael Anthony Vercher    mavercher@csattorneys.com

H. Thomas Wells, Jr    twells@mcglaw.com

Allan R. Wheeler    awheeler@burr.com

Natasha Lynke Wilson    nwilson@lfwlaw.com

Bayer Cropscience, Inc., individually and as successor to Aventis Cropscience USA,
Inc., f/k/n Rhone-Poulence AG CO., F/k/a Amchem Products, Inc., Benjamin Foster Co.
c/o Its Registered Agent, Corporation Service Company
80 State Street, Albany
New York 12207-2543.

Clark-Reliance Corporation
16633 Foltz Industrial Parkway
Strongsville, OH 44136

Flame Refractories, Inc.
c/o Its Registered Agent, CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Evelyn M. Fletcher
Hawkins & Parnell LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243

Goodyear Tire and Rubber Co,
621 Lakeland Drive East
Flowood, MS 39208

James Gordon House, III
Forman Perry Watkins Krutz & Tardy LLP
PO Box 22608
Jackson, MS 39225-2608

IMO Industries, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808/

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Square D Company
c/o Registered Agent, Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

Sara S. Turnipseed
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309

Uniroyal Fiber & Textile Division of Uniroyal, Inc.
c/o Its President, Joseph P. Flannery
70 Great Hill Road
Naugatuck, CT 06770

Cooper Industries, LLC, f/n/a Cooper Industries, Inc., individually and as successor-
in interest to Crouse-Hinds
c/o Its President
P. O. Box 4446
Houston, TX 77210-4446

BP Amoco Chemical Company
c/o Its Registered Agent, The Corporation Company
120 N. Robinson, Suite 735
Oklahoma City, OK 73120

Borg-Warner Corporation, by its successor in interest, Borgwarner Morse Tec Inc.
3850 Hamlin Road
Auburn Mills, MI 48326

__s/__G. Patterson Keahey, Jr.___

**EXHIBIT A**

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | **2:07-CV-84-WKW-TFM** |
| **A. O. SMITH ELECTRICAL PRODUCTS** | ) | |
| **COMPANY, a division of A.O. SMITH** | ) | **JURY DEMAND** |
| **CORPORATION; et al.,** | ) | |
| | ) | |
| Defendant. | | |

## FIRST AMENDMENT TO THE COMPLAINT

COME NOW the Plaintiffs, by and through counsel, and file this, their

FIRST AMENDMENT TO THE COMPLAINT to rename Defendant Allis-

Chalmers Corporation, who was improperly named in Plaintiffs' Complaint, to

Allis-Chalmers Corporation Product Liability Trust, and to be served as herein

renamed.

Respectfully submitted,


s/G. Patterson Keahey, Jr.
G. PATTERSON KEAHEY, JR.
ASB-6357-A64G
G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, AL  35209
(205) 871-0707 (telephone)
(205) 871-0801 (fax)
info@mesohelp.com (e-mail)