IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

        Plaintiffs,

vs.

A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

        Defendants.

CIVIL ACTION NO.
2:07-CV-84-WKW-TFM

_____/

## DEFENDANT COOPER INDUSTRIES, LLC, FORMERLY KNOWN AS COOPER INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CROUSE-HINDS' DISCLOSURE STATEMENT

NOW COMES Defendant Cooper Industries, LLC, Formerly Known as Cooper Industries, Inc., Individually and as Successor in Interest to Crouse-Hinds, by and through its attorneys of record, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1.     Cooper Industries, LLC, formerly known as Cooper Industries, Inc., Individually and as successor-in-interest to Crouse-Hinds, does not have a parent corporation; and

2.     No publicly-held corporation owns more than ten percent (10%) of Cooper Industries, LLC's stock.

Defendant Cooper Industries, LLC, Formerly Known as Cooper Industries, Inc., Individually and as Successor in Interest to Crouse-Hinds will supplement this disclosure should this information change at a later date.

10318290 v1

Respectfully submitted this 8th day of June, 2007.

**HAWKINS & PARNELL, LLP**


/s/ S. Christopher Collier
S. Christopher Collier
Alabama Bar No. ASB-2343-C56S
Counsel for Cooper Industries, LLC,
formerly known as Cooper Industries,
Inc., Individually and as Successor In
Interest to Crouse-Hinds

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

        Plaintiffs,

vs.

A.O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

        Defendants.

_____/

CIVIL ACTION NO.
2:07-CV-84-WKW-TFM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served Defendant Cooper Industries, LLC,

Formerly Known as Cooper Industries, Inc., Individually and as Successor in Interest to

Crouse-Hinds' Disclosure Statement with the CM/ECF system. I also certify that a copy of

the foregoing has been furnished to Plaintiff's counsel, G. Patterson Keahey, Jr., Esq., by U.S.

Mail, at his respective address, with proper postage affixed.

This 8th day of June, 2007.

Respectfully submitted,

**HAWKINS & PARNELL, LLP**

/s/ S. Christopher Collier
S. Christopher Collier
Alabama Bar No. ASB-2343-C56S
Counsel for Cooper Industries, LLC,
formerly known as Cooper Industries,
Inc., Individually and as Successor In
Interest to Crouse-Hinds

4000 SunTrust Plaza
303 Peachtree Street, N.E.

10318290 v1

Atlanta, GA  30308-3243
404/614-7400