IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,     PLAINTIFFS

VS.     CASE NO.: 2:07-CV-84-WKW

ALBANY INTERNATIONAL CORP., et al.,     DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Please check one box:

☒    The nongovernmental corporate party, __UNIROYAL HOLDING, INC.__, in the above listed civil action does not have a parent corporation, nor does any publicly held corporation own 10% or more of its stock.

☐    the nongovernmental corporate party, _____, in the the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

__June 14, 2007__
Date

*[signature: James G. House]*
James G. House, III (ASB-2667-U79J)
Attorney for Defendant
UNIROYAL HOLDING, INC.
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,                                                    **PLAINTIFFS**

VS.                                                              **CASE NO.: 2:07-CV-84-WKW**

ALBANY INTERNATIONAL CORP., et al.,                          **DEFENDANTS**

## CERTIFICATE OF SERVICE

I, the undersigned attorney for defendants, do hereby certify that I have this day filed, via ECF, the above and foregoing Corporate Disclosure Statement. All parties shall receive a copy through ECF and hard copies mailed to any part not receiving electronically.

THIS, the 14th day of June, 2007.

_____
James G. House, III (ASB-2667-U79J)
Attorney for Defendant
UNIROYAL HOLDING, INC.
Forman Perry Watkins Krutz & Tardy LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
(601) 960-8600