IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Birmingham DIVISION

James R. Bain, et al.,

Plaintiff,

v. CASE NO. 2:07CV84-WKW

Asbestos Defendants: A.O. Smith Electrical Products Company, a division of A.O. Smith Corporation, et al,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW OF DEFENDANT BAYER CROPSCIENCE, INC., F/K/A AVENTIS, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Aventis Cropscience Inc. | Name formally known as |
| Rhone Poulenc AG Company, INC. | Name formally known as |
| Rhone Poulenc, INC. | Name formally known as |
| Union Carbide Agricultural Products, INC. and Amchem Products Inc., Successor to Benjamin Foster Co | Name formally known as |

6/15/2007
Date

/s Stephen Christopher Collier
(Signature)

Stephen Christopher Collier
(Counsel's Name)

BAYER CROPSCIENCE, INC.
Counsel for (print names of all parties)

4000 SunTrust Plaza
303 Peachtree Street, NE Suite 4000, Atlanta GA 30308
Address, City, State Zip Code

404-614-7400
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Birmingham_____ DIVISION

## CERTIFICATE OF SERVICE

I, Stephen Christopher Collier_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF system_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _15_____ day of _June_____ 20_07_, to:

All counsel of record as provided by the CM/ECF system.

_____

_____

_____

_____

6/15/2007                                              /s Stephen Christopher Collier
_____                                     _____
Date                                                             Signature