IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

      Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

      Defendants.
_____/

CIVIL ACTION NO.
2:07CV84-WKW

## NOTICE OF CORRECTING SCRIVENER'S ERROR

COMES NOW, Stephen Christopher Collier, of the law firm of Hawkins & Parnell, LLP, 4000 SunTrust Plaza, 303 Peachtree Street, N.E., Atlanta, Georgia 30308-3243, (404) 614-7400, and hereby gives notice of correcting a scrivener's error made in Answer for Defendant Bayer CropScience, Inc.

The error was as follows:

1. Stephen Christopher Collier, admitted to this Court, duly signed the Answer for Defendant Bayer CropScience, Inc. and the Certificate of Service. However, the attorneys appearing below both the answer signatory line and below the Certificate of Service signatory line were Evelyn M. Fletcher and Elizabeth B. Padgett. Hence, this Notice is to correct only the attorney designation appearing below the signatory line of the Answer for Defendant Bayer CropScience, Inc. and the attached Certificate of Service such that said lines should correctly read as follows: Stephen Christopher Collier, Alabama Bar No. ASB-2343-C56S.

Furthermore, a Motion for Withdrawal is being filed with this Court for attorneys Evelyn M. Fletcher and Elizabeth B. Padgett so that the Court record is clear on those attorneys appearing in this case for this defendant.

Respectfully submitted this 18th day of May, 2007.

**HAWKINS & PARNELL, LLP**

/s/ S. Christopher Collier
Stephen Christopher Collier
Alabama Bar No. ASB-2343-C56S

Counsel for Bayer CropScience, Inc. f/k/a Aventis CropScience USA, Inc. (f/k/a Rhone Poulenc AG Company, Inc. f/k/a Rhone Poulenc, Inc., f/k/a Union Carbide Agricultural Products, Inc. f/k/a Amchem Products, Inc., a successor to Benjamin Foster Company)

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A. O. SMITH ELECTRICAL PRODUCTS
COMPANY, a division of A.O. SMITH
CORPORATION, et al.,

    Defendants.
_____/

CIVIL ACTION NO.
2:07CV84-WKW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing Notice of Correcting Scrivener's Error with the CM/ECF system. I also certify that a copy of the foregoing has been sent via U.S. Mail to Plaintiffs' counsel, G. Patterson Keahey, Jr., Esq., Law Offices of G. Patterson Keahey, P.C., One Independence Plaza, Suite 612, Birmingham, AL 35209.

This 18th day of May, 2007.

**HAWKINS & PARNELL, LLP**

  /s/ S. Christopher Collier
Stephen Christopher Collier
Alabama Bar No. ASB-2343-C56S

Counsel for Bayer CropScience, Inc.
f/k/a Aventis CropScience USA, Inc.
(f/k/a Rhone Poulenc AG Company,
Inc. f/k/a Rhone Poulenc, Inc., f/k/a
Union Carbide Agricultural Products,
Inc. f/k/a Amchem Products, Inc., a
successor to Benjamin Foster
Company)

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400