UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**                       **MDL DOCKET NO. 875**

**This Document Relates To:**
**JAMES R. BAIN, ET AL. VS.**
**A. O. SMITH ELECTRICAL**
**PRODUCTS COMPANY, ET AL.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, ET AL.** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **VS.** | ) | **2:07-CV-84-WJW** |
| | ) | |
| **A. O. SMITH ELECTRICAL** | ) | |
| **PRODUCTS COMPANY, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Laura D. Goodson of the law firm Forman Perry Watkins Krutz & Tardy LLP, enters her appearance as counsel of record for Defendant BP Amoco Chemical Company in the above-styled and numbered civil action.

Respectfully submitted,

  //s// Laura D. Goodson
LAURA D. GOODSON (GOODL0579)
Counsel for Defendant BP Amoco Chemical Company

OF COUNSEL:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
200 South Lamar Street
City Centre, Suite 100S
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-3134

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. BAIN, ET AL.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.** ) | **2:07CV84-WJW** |
| ) | |
| **A. O. SMITH ELECTRICAL** ) | |
| **PRODUCTS, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and all Defense Counsel of Record, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

  //s// Laura D. Goodson
LAURA D. GOODSON (GOODL0579)