**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**CIVIL NO. 2:07CV00084-WKW**

| | |
|---|---|
| JAMES BAIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| A. O. SMITH ELECTRICAL | ) |
| PRODUCTS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 81.1 (b) of the Rules of Practice and Procedure of the United States District Court for the Middle District of Alabama, Craig E. Brasfield ("Movant"), respectfully requests this Court for permission to appear *pro hac vice* on behalf of defendant Uniroyal, Inc., and in support thereof would respectfully show to the Court that:

1.  The undersigned Craig E. Brasfield is an attorney licensed and in good standing in the State of Mississippi and requests permission from this Court to appear *pro hac vice* in the above-captioned matter. *See* Exhibit "A" attached hereto.

2.  The undersigned, Craig E. Brasfield, since May 10, 1982, has been a member in good standing in the following Courts: United States District Court for the Northern District of Mississippi, United States District Court for the Southern District of Mississippi, Fifth Circuit Court of Appeals, and the Mississippi Supreme Court.

3.  The undersigned, Craig E. Brasfield, is associated with the law firm Forman Perry Watkins Krutz & Tardy, LLP, whose address is City Centre, 200 South Lamar Street,

Suite 100, Jackson, Mississippi 39201; and, whose telephone number is 601-960-

8600.  The undersigned, Craig E. Brasfield's email address is craig@fpwk.com.

WHEREFORE, PREMISES CONSIDERED, the Movant, Craig E. Brasfield, respectfully

requests this Court to enter an Order allowing him to appear *pro hac vice* as attorney for Uniroyal,

Inc. in this case.

Dated this the 21st day of June, 2007.


/s/ Craig E. Brasfield (MSB# 4340)


OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ & TARDY, LLP
City Centre
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Telephone: 601-960-8600
Facsimile: 601-960-8613

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 21, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECG system which will send notification of such filing to the following: G.

Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and all Defense Counsel of Record, and I

hereby certify that I have mailed by United States Postal Service the document to the following non-

CM/ECF participants: none at this time.

<u>/s/ Craig E. Brasfield</u>

# *The Supreme Court of Mississippi*



## Certificate of Good Standing

*I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Craig E. Brasfield** was duly and legally admitted to practice law before the Supreme Court of Mississippi on May 10, 1982, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.*

*I further certify that the Supreme Court of Mississippi is the highest court of record in this state.*

*Done on May 30, 2007, with the seal of the Supreme Court of Mississippi affixed.*

**The Supreme Court of Mississippi**

*Betty W. Sephton*
CLERK



EXHIBIT

A

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**CIVIL NO. 2:07CV00084-WKW**

| | |
|---|---|
| **JAMES BAIN,** *et al.,* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **A. O. SMITH ELECTRICAL** | ) |
| **PRODUCTS,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER ADMITTING COUNSEL *PRO HAC VICE***

Upon Motion of counsel seeking permission to appear *pro hac vice*, and there being no

objection thereto, IT IS HEREBY ORDERED that Mr. Craig E. Brasfield be hereby admitted to

appear *pro hac vice* on behalf of defendant Uniroyal, Inc.

Dated this the _____ day of _____, 2007.


_____
W. Keith Watkins
United States District Judge


Prepared by:


_____
Craig E. Brasfield
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Centre
200 South LamarStreet, Suite 100
Jackson, Mississippi 39201
Telephone: 601-960-8600
Facsimile: 601-960-8613
craig@fpwk.com

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN      **DISTRICT OF**      MISSISSIPPI

## CERTIFICATE OF
## GOOD STANDING

I, _____ J. T. NOBLIN _____ , *Clerk of this Court,*

*certify that* ___ Craig E. Brasfield ___ , *Bar #* ___ 4340 ___ ,

*was duly admitted to practice in this Court on*

___ May 10, 1982 ___ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* ___ Jackson, Mississippi ___ *on* ___ June 22, 2007 ___ .
LOCATION      DATE

___ J. T. NOBLIN ___
CLERK

*Katherine H. Alexander*
DEPUTY CLERK