**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 22, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Bain et al v. A.O.Smith Electrical et al

**Case Number:** 2:07cv00084-WKW

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF documents, US District Court Certificates of Good Standing, previously omitted.**

**The correct PDF documents are attached to this notice for your review. Reference is made to document # 179 and # 180 filed on June 21, 2007.**

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ **DISTRICT OF** _____MISSISSIPPI_____

**CERTIFICATE OF
GOOD STANDING**

I, _____J. T. NOBLIN_____, Clerk of this Court,

certify that  Alison Elizabeth O'Neal , Bar # _____101232_____,

was duly admitted to practice in this Court on

_____October 7, 2003_____, and is in good standing
           DATE

as a member of the Bar of this Court.

Dated at _____Jackson, Mississippi_____ on _____June 22, 2007_____.
              LOCATION                                    DATE


_____J. T. NOBLIN_____            *Katherine H. Alexander*
        CLERK                                    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  MISSISSIPPI

**CERTIFICATE OF
GOOD STANDING**

I, _____ J. T. NOBLIN _____ , *Clerk of this Court,*

*certify that* ___ Craig E. Brasfield ___ , *Bar #* _____ 4340 _____ ,

*was duly admitted to practice in this Court on*

___ May 10, 1982 ___ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at ___ Jackson, Mississippi ___ on ___ June 22, 2007 ___ .
LOCATION  DATE

J. T. NOBLIN
*CLERK*

*[signature] Katherine H. Alexander*
*DEPUTY CLERK*