THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **James R. Bain, et al** | ( | |
| | ( | Civil Action No. |
| | ) | |
| Plaintiffs | ( | 2:07-CV-84-MHT |
| | ) | |
| vs. | ( | |
| | ) | |
| **A.O. Smith Electrical Products Company, et al** | ( | |
| | ) | |
| | ( | |
| Defendants | ) | |

**NOTICE OF WITHDRAWAL**

COMES now the undersigned counsel for Kaiser Gypsum and hereby notifies the Court and the clerk that Dan R. Alexander will be withdrawing from representation of Kaiser Gypsum. As grounds for his withdrawal, the undersigned states that Dan R. Alexander is no longer associated with the law firm of CARR, ALLISON, PUGH, HOWARD, OLIVER & SISSON, and further that Kaiser Gypsum continues to be represented in this case by Van A. Noletto of the law firm of CARR, ALLISON, PUGH, HOWARD, OLIVER & SISSON.

                                                    /s/ Dan R. Alexander
                                                    Dan R. Alexander
                                                    Van A. Noletto (NOL008)
                                                    Attorney for Kaiser Gypsum Company,
                                                    Incorporated

**OF COUNSEL:**

**CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.**

**Van Noletto**
P.O. Box 1126
Daphne, Alabama 36526-1126
Email: van@carrallison.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the 14th day of September, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

G. Patterson Keahey
One Independence Plaza Suite 612
Birmingham, Alabama 35209

Thomas Kendrick
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, Alabama 35203

James L. Pattillo
Norman Wood, Kendrick & Turner
Financial Center Suite 1600
505 20th Street North
Birmingham, Alabama 35203

Edward B. McDonough, Jr.
Edward B. McDonough, Jr, P.C.
P.O. Box 1943
Mobile, Alabama 35203

William T. Mills
Keith J. Pflaum
Porterfield, Harper, Mills & Motlow, P.A.
P.O. Box 530790
Birmingham, Alabama 35253-0970

William A. Scott, Jr
Freddie N. Harrington, Jr
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244

Timothy W. Knight
Kee & Selby, LLP
1900 International Park Drive, Suite 200
Birmingham, Alabama 35243

Clif Jefferis
James G. House, III
Forman, Perry, Watkins, Krutz & Tardy, LLP

Suite 100 City Centre
200 South Lamar Street
P.O. Box 22608
Jackson, Mississippi 39225-2608

Richard M. Crump
Donald C. Partridge
Laura D. Goodson
Forman, Perry, Watkins, Krutz & Tardy, LLP
Suite 100 City Centre
200 South Lamar Street
P.O. Box 22608
Jackson, Mississippi 39225-2608

C. Paul Cavender
Allan R. Wheeler
Burr & Forman, LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203

Blane H. Crutchfield
Hand Arendall, LLC
P.O. Box 123
Mobile, Alabama 35203

F. Grey Redditt
Timothy Clarke
Vickers, Riis, Murry & Curran, LLC
P.O. Box 2568
Mobile, Alabama 36652-2568

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd
P.O. Box 750
Hattiesburg, Mississippi 39403-0750

Matthew Robinett
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North

Birmingham, Alabama 35203

Evelyn M. Fletcher
Nathan M. Thompson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street N.E.
Atlanta, GA 30308

Connie Ray Stockham
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209

S. Christopher Collier
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street N.E.
Atlanta, GA 30308

Walter T. Gilmer, Jr.
McDowell, Knight, Roedder & Sledge, LLC
P.O. Box 350
Mobile, Alabama 36601

David P. Donahue
H. Thomas Wells, Jr.
C. Andrew Kitchen
John A. Smyth
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
Birmingham, Alabama 35203-2618

J. Bently Owens, III
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512

W. Larkin Radney, IV
Adam K. Peck
Melody H. Eagan
Natasha L. Wilson
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203

Sydney F. Frazier, Jr.
Michael E. Turner
Cabaniss, Johnston, Gardner, Dumas &
O'Neal
2001 Park Place North, Suite 700
Birmingham, Alabama 35203

S. Allen Baker, Jr.
Jenelle R. Evans
Balch & Bingham, LLP
3100 Southtrust Tower
420 North 20th Street
Birmingham, Alabama 35203

Robert F. Northcutt
Capell & Howard, P.C.
150 South Perry Street
P.I. Box 2069
Montgomery, Alabama 36102-2069

Robert R. Baugh
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35255-5727

Timothy Davis
William L. Waudby
Michael Wade
Adams & Reese/Lange Simpson
2100 3rd Avenue North, Suite 100
Birmingham, Alabama 35203

James C. Simpson, Jr.
Montgomery, Barnett, Brown, Red,
Hammond & Mintz
3200 Energy Center
1100 Poydras Street
New Orleans, LA 70163-3200

Frank E. Lankford, Jr.
Christopher Rodgers
Huie Fernambucq & Stewart, LLP
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484

T. Michael Brown
Brian M. Blythe
Joel Kuehnert
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

Susan Deann Bomar
Swift, Currie, McGhee & Heirs, LLP
The Peachtree, Suite 300
1355 Peachtree Street N.E.
Atlanta, GA 30309-3231

Michael A. Vercher
Thomas W. Christian
Christian & Small, LLP
505 20th Street North Suite 1800
Birmingham, Alabama 35203

Anthony C. Harlow
Alfred H. Perkins, Jr.
Starnes & Atchison, LLP
7th Floor, 100 Brookwood Place
Box 598512
Birmingham, Alabama 35259-8512

James Ford Little
Woolf, McClane, Bright, Allen & Carpenter
P.O. Box 900
Knoxville, TN 37901-0900

Frank E. McRae, III
Smith, Reeves & Yarbrough, PLLC

6360 I-55 North, Suite 201
Jackson, MS 39211

Helen K. Downs
Shayana Boyd Davis
Johnston, Barton, Proctor & Powell, LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203-2618

Roger C. Foster
Laney & Foster, P.C.
Two Perimeter Park South, Suite 404E
Birmingham, Alabama 35243

Rocky W. Eaton
Aultman, Tyner & Ruffin, Ltd
315 Hemphill Street
P.O. Box 750
Hattiesburg, Mississippi 39401

James A. Harris, III
Harris & Harris, LLP
Colonial Bank Building Suite 450
2501 20th Place South
Birmingham, Alabama 35223


s/Dan R. Alexander
OF COUNSEL