IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, ET AL.                                                          PLAINTIFF

v.                                                                            CASE NO.: CV 2:07-84

A.O. SMITH ELECTRICAL PRODUCTS CO., ET AL.                 DEFENDANTS

## ENTRY OF APPEARANCE

COMES NOW the undersigned, Rocky W. Eaton, and enters his appearance as counsel for the following Defendants:

(1) Borg-Warner Corporation by its Successors, BorgWarner Morse TEC, Inc.; (2) Exteco, Inc.. f/k/a Thermo Electric Co., Inc.; and (3) The Marley-Wylain Company, d/b/a Weil-McLain

By this entry of appearance, the identified Defendants specifically reserve any procedural and/or substantive rights, remedies, or defenses available to them in this cause of action by statute, rule, or other authority.

RESPECTFULLY SUBMITTED, this the 1st day of October, 2007.

s/ Rocky W. Eaton (EAT002)

OF COUNSEL:

AULTMAN, TYNER, RUFFIN, BELL & SWETMAN, LTD.
315 HEMPHILL STREET
POST OFFICE DRAWER 750
HATTIESBURG, MISSISSIPPI 39403-0750
Telephone: 601.583.2671
Facsimile: 601.583.2677

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st day of October, 2007 served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

s/ Rocky W. Eaton (EAT002)