IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | 2:07CV84-WKW |
| vs. ) | |
| ) | |
| A.O. SMITH ELECTRICAL ) | |
| PRODUCTS COMPANY, a division of ) | |
| A.O. SMITH CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**GARLOCK SEALING TECHNOLOGIES LLC'S DISCLOSURE STATEMENT**

COMES NOW Defendant, GARLOCK SEALING TECHNOLOGIES LLC, by and through its attorneys of record, and pursuant to *Federal Rule of Civil Procedure* 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

GARLOCK SEALING TECHNOLOGIES LLC, successor by merger to Garlock Inc, is a wholly owned subsidiary of Coltec Industries Inc. Coltec Industries Inc. is a wholly owned subsidiary of EnPro Industries, Inc., a publicly held corporation.

s/Edward B. McDonough, Jr.
EDWARD B. McDONOUGH, JR. (MCDOE0149)
GARY W. FILLINGIM (FILLG1161)
Attorneys for Defendant,
GARLOCK SEALING TECHNOLOGIES LLC

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com
gwf@emcdonoughlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                s/Edward B. McDonough, Jr.
                Edward B. McDonough, Jr.