# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al. | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION NO. |
| | ) 2:07CV84-WKW |
| vs. | ) |
| | ) |
| A.O. SMITH ELECTRICAL | ) |
| PRODUCTS COMPANY, a division of | ) |
| A.O. SMITH CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## BUFFALO PUMPS, INC.'S DISCLOSURE STATEMENT

COMES NOW Defendant, BUFFALO PUMPS, INC., by and through its attorneys of record, and pursuant to *Federal Rule of Civil Procedure* 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Whether the named Defendant has a parent company, and if so, what company.

**The parent company of Buffalo Pumps, Inc. is Ampco-Pittsburgh Corporation.**

2. Whether the named Defendant has publicly traded stock.

**The named defendant does not have any publicly traded stock.**

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

**Ampco-Pittsburgh Corporation owns 100% of the named defendant's stock and is a publicly traded entity.**

          s/Edward B. McDonough, Jr.
          Edward B. McDonough, Jr.(MCDOE0149)
          Gary W. Fillingim (FILLG1161)
          Attorneys for Defendant,
          BUFFALO PUMPS, INC.

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 29th day of November, 2007, I ectronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

          s/Edward B. McDonough, Jr.
          Edward B. McDonough, Jr.