IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN </u>DIVISION

| | | |
|---|---|---|
| **BAIN et.al.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **2:07-cv-00084-WKW** |
| | ) | |
| **A.O. SMITH ELECTRIC PRODUCTS, et al**, | ) | |
| | ) | |
| Defendant, | ) | |

<u>**CONFLICT DISCLOSURE STATEMENT**</u>

COMES NOW JAMES R. BAIN; CLINE RAY BORDEN; THOMAS G. BROCK, II; BILLY RAY CUNNINGHAM; WILLOWDEAN HARRISON, individually and as representative of the Estate of ROBERT H. HARRISON; PATRICIA HOLCOMBE, Individually and as Representative of the Estate of JOSEPH JAMES HOLCOMBE, SR.; WANDA C. MILLER, individually and as Representative for the Estate of FRANK T. MILLER; FRANK E. MORROW; EZRA O. SANFORD; ROGER SEYMORE;  LILLIAN H. WILLIAMS, Individually and as Representative for the Estate of MANUEL R. WILLIAMS, SR., a <u>Plaintiff </u>in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[×]　　This party is an individual, or

[ ]　　This party is a governmental entity, or

[ ]　　There are no entities to be reported, or

[ ]　　The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>　　　　　　　　　　<u>Relationship to Party</u>

_____　　_____

_____　　_____

_____　　_____

_____　　_____

　　____11/30/2007____　　　　　　s/ G. Patterson Keahey, Jr. ____
　　　　　Date　　　　　　　　　　*Counsel for All Plaintiffs*
　　　　　　　　　　　　　　　　　G. Patterson Keahey, Jr. ASB-6357-A64G
　　　　　　　　　　　　　　　　　Law Offices of G. Patterson Keahey, P.C.
　　　　　　　　　　　　　　　　　One Independence Plaza, Suite 612
　　　　　　　　　　　　　　　　　Birmingham, Alabama 35209
　　　　　　　　　　　　　　　　　Telephone:  (205) 871-0707
　　　　　　　　　　　　　　　　　Facsimile:  (205) 871-0801
　　　　　　　　　　　　　　　　　E-mail: info@mesohelp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>  DIVISION

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 30, 2007 I have electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

S/G Patterson Keahey

_____
G. PATTERSON KEAHEY, P.C.
*Attorney for Plaintiff*