| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Laura Cooper*  ☐ Agent  ☐ Addressee |
| | B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Rapid American Corporation<br>c/o Its Registered Agent for Service<br>The Prentice Hall Corporation System Inc<br>2711 Centerville Road Suite 400<br>Wilmington, DE  19808<br><br>07cv84 Alias S&C | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>JAN 14 2008 |
| | 3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered       ☑ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7003 3110 0004 0799 8132 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |