**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO.:** |
| | * | **2:07-CV-84-WKW** |
| **A. O. SMITH ELECTRICAL** | * | |
| **PRODUCTS COMPANY, et al.,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND**
**CONFLICT STATEMENTS OF DEFENDANT RAPID AMERICAN CORPORATION**

COMES NOW Defendant, Rapid American Corporation, pursuant to Federal Rules of Civil

Procedure and states that Rapid American Corporation has no parent corporation and no publicly held

corporation owns ten percent (10%) or more of its stock.

Respectfully submitted,


 /s/ E. L. McCafferty, III
E. L. McCAFFERTY, III (ASB-6710-C64E)

*Attorney for Rapid American Corporation*


OF COUNSEL:
VICKERS, RIIS, MURRAY AND CURRAN, LLC
Post Office Drawer 2568
Mobile, Alabama  36652-2568
Telephone:      (251) 432-9772
Facsimile:      (251) 432-9781
Email:          elm@vickersriis.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 24th day of January, 2008, served a copy of the foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.


/s/ E. L. McCafferty, III