IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., ) | CIVIL ACTION NO. |
| ) | |
| ) | 2:07-CV-84-WKW |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| A.O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY, a division of A.O. Smith ) | |
| CORPORATION; et al., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL

COMES NOW, the law firm of Lightfoot, Franklin & White, L.L.C. and hereby gives notice of **Brandy R. Owens'** withdrawal from this case as counsel of record for defendant Emerson Electric Co. Defendant will continue to be represented by the law firm of Lightfoot, Franklin & White, L.L.C. Please direct all future correspondence and pleadings accordingly.

/s/ Natasha L. Wilson
One of the Attorneys for Defendant
Emerson Electric Co.

OF COUNSEL:
Melody H. Eagan (HUR009)
W. Larkin Radney IV (RAD008)
Natasha L. Wilson (WIL326)
Haley A. Andrews (AND095)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

       I hereby certify that on this 28th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including:

       G. Patterson Keahey, Jr., Esq.
       Law Offices of G. Patterson Keahey, P.C.
       One Independence Plaza
       Suite 612
       Birmingham, AL  35209

                                        /s/ Natasha L. Wilson
                                        OF COUNSEL