IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION**

MDL DOCKET NO. 875

This Document Relates To:

JAMES R. BAIN, ET AL. vs.
A.O SMITH ELECTRICAL
PRODUCTS COMPANY, ET AL.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

_____
                                        )
**JAMES R. BAIN, et al.,**              )
                                        )
         **Plaintiffs,**                )
                                        )
    v.                                  )        **Civil Action No.**
                                        )
                                        )        **2:07-CV-0084-WKW**
                                        )
**ASBESTOS DEFENDANTS, et al.,**        )
                                        )
         **Defendants.**                )
_____)


**DEFENDANT IMO INDUSTRIES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**


Pursuant to the Middle District of Alabama's General Order No. 3047 and Federal Rule of Civil Procedure 7.1, Defendant IMO Industries, Inc. hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other reportable entities:

1. IMO Industries, Inc. is a corporation whose shares are not publicly traded;

2. CLFX Corporation, Colfax Corporation and IMO Holdings, Inc. are the parent companies of IMO Industries, Inc.; and

3. No publicly held corporation owns 10% or more of its stock.

**s/Frederick G. Helmsing, Jr.**
Brian P. McCarthy
Frederick G. Helmsing, Jr.
MCDOWELL KNIGHT ROEDDER & SLEDGE, LLC
63 South Royal Street, Suite 900
Mobile, Alabama 36602
T: 251-432-5300
F: 251-432-5302
fhelmsing@mcdowellknight.com

Attorneys for Defendant IMO Industries, Inc.

**OF COUNSEL:**

**McDOWELL KNIGHT**
 **ROEDDER & SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
(251) 432-5300
(251) 432-5303

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system which provided electronic notice to all counsel of record of same.

**s/Frederick G. Helmsing, Jr.**