# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )   2:07-CV-84 |
| A.O. SMITH ELECTRICAL, et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

G. Steven Henry moves this Court for leave to withdraw as counsel of record for Defendant Surface Combustion in the above-referenced matter. Surface Combustion will continue to be represented by David W. McDowell, of Baker, Donelson, Bearman, Caldwell & Berkowitz. Mr. McDowell previously entered an appearance in this matter.

/s/ G. Steven Henry
G. Steven Henry
David W. McDowell
Attorneys for Surface Combustion

B SLW 772510 v1
1038803-000001 2/4/2008

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
1600 Wachovia Tower
420 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007

**Certificate of Service**

    I hereby certify that I have served a copy of the foregoing document upon all parties by filing via the CM/ECF electronic filing system on February 4, 2008.


        /s/ G. Steven Henry
        Of Counsel