IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| vs. ) | 2:07-CV-00084-WKW |
| ) | |
| A. O. SMITH ELECTRICAL PRODUCTS ) | |
| COMPANY., et al., ) | |
| ) | |
| Defendants. ) | |

**CONWED CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Conwed Corporation, and makes this following disclosure statement pursuant to Fed. Civ. P. 7. 1:

1. Whether the named Defendant has a parent company, and if so, what company.

   **Yes, Leucadia, Inc.**

2. Whether the named Defendant has publicly traded stock.

   **No.**

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

   **No.**

   Respectfully submitted,

   DOGAN & WILKINSON, PLLC

   s/ Nathan A. Bosio
   NATHAN A. BOSIO

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., )<br>)<br>Plaintiffs, )<br>) <br>vs. )<br>)<br>A. O. SMITH ELECTRICAL PRODUCTS )<br>COMPANY., et al., )<br>)<br>Defendants. ) | Civil Action No.:<br>2:07-CV-00184-WKW |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008 I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

        Respectfully submitted,

        s/ Nathan A. Bosio
        NATHAN A. BOSIO
        AL Bar # 4003-A55B
        Attorney for Defendant Conwed Corporation
        DOGAN & WILKINSON, PLLC
        P.O. Box 1618
        Pascagoula, MS 39568
        Telephone: (228)762-2272
        Facsimile: (228) 762-3223

W:\ASBESTOS\STATE\Alabama\Complaint Answers\Conwed\Bain, James Corporate Disclosure.wpd