IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION**

MDL DOCKET NO. 875

**JAMES R. BAIN, et al.,
vs. ASBESTOS DEFENDANTS:
A.O. SMITH ELECTRICAL PRODUCTS, et. al.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES R. BAIN, et al.,

      Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
A.O. SMITH ELECTRICAL PRODUCTS, et al.,

      Defendants.

CIVIL ACTION NO.
2:07-CV-84-MHT

_____/

### JOINDER AND ADOPTION IN BP AMERICA'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE OR IN THE ALTERNATIVE, MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e); AND MOTION TO REQUIRE PARTICULARITY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 9(b)

COME NOW Defendants Union Carbide Corporation, Foseco, Inc., Maremont Corporation, ArvinMeritor, Inc. and Bayer Cropscience, Inc. F/K/A Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc., A Successor To Benjamin Foster Company) and hereby join in and adopt as though fully set forth BP America's Motion to Dismiss for Failure to Comply with Rule 4(m) of the Federal Rules of Civil Procedure or in the

Alternative, Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) or in the Alternative Motion for More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e); and Motion to Require Particularity Pursuant to Federal Rule of Civil Procedure 9(b) filed herein on January 23, 2008.

WHEREFORE, for all the arguments, citations to authority and for all other grounds the court deems applicable, Defendants Union Carbide Corporation, Foseco, Inc., Maremont Corporation, ArvinMeritor, Inc. and Bayer Cropscience, Inc. F/K/A Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc., A Successor To Benjamin Foster Company) respectfully request this Honorable Court to grant BP America's Motion to Dismiss for Failure to Comply with Rule 4(m) of the Federal Rules of Civil Procedure or in the Alternative, Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) or in the Alternative Motion for More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e); and Motion to Require Particularity Pursuant to Federal Rule of Civil Procedure 9(b) filed herein and to further grant all additional relief this Honorable Court deems necessary and proper.

Respectfully submitted this 18th day of March, 2008.

                                      HAWKINS & PARNELL, LLP

                                      /s/ Evelyn M. Fletcher
                                      Evelyn M. Fletcher (FLE 019)
                                      AL Bar No. ASB-1485-C19E
                                      Elizabeth B. Padgett (PAD015)
                                      Alabama Bar No. ASB-3936-C60P

                                      Counsel for Foseco, Inc., Maremont Corporation,
                                      Union Carbide Corporation, ArvinMeritor, Inc.
                                      and Bayer Cropscience, Inc.

4000 SunTrust Plaza

10375873-1                                      2

Case 2:07-cv-00084-WKW-TFM    Document 214    Filed 03/18/2008    Page 3 of 3

303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing on all counsel by electronic filing and served Plaintiffs' counsel at the following address by U. S. Mail, with proper postage affixed:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

This 18th day of March, 2008.

**HAWKINS & PARNELL, LLP**

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-3936-C60P

Counsel for Foseco, Inc., Maremont Corporation, Union Carbide Corporation, ArvinMeritor, Inc. and Bayer Cropscience, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400