IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. BAIN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO.  07-CV-84-MHT |
| A.O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH CORPORATION; et al., | ) |
| Defendants. | ) |

### DEFENDANT CLARK-RELIANCE CORPORATION'S JOINDER IN MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, Clark-Reliance Corporation, by and through its attorney of record, hereby joins in and adopts by reference as if set forth fully herein, the Motion for Partial Summary Judgment (Doc. 215) and the Brief Supporting the Motion for Partial Summary Judgment (Doc. 216) filed on behalf of Moving Defendants, Borg Warner Morse Tec, Inc.; and Exteco, Inc., f/k/a Thermo Electric Co., Inc.  In filing this Motion for Partial Summary Judgment, Clark-Reliance Corporation does not in any way waive any of the grounds set forth in its previously filed Motion to Dismiss, nor does it waive any additional grounds for Summary Judgment as to any plaintiffs against whom Summary Judgment is sought in this Motion, nor does it waive any grounds against any plaintiffs against whom Summary Judgment is not specifically sought in this Motion.

s/Connie Ray Stockham
Connie Ray  Stockham
State Bar No.STO040
Attorney for Clark-Reliance Corporation
Stockham, Carroll & Smith, P.C.

2204 Lakeshore Drive, Suite 114  
Birmingham, Alabama 35209  
Telephone (205) 252-2889  
Fax: (205) 879-9990  
E-Mail: crs@stockhampc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. BAIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>A.O. SMITH ELECTRICAL PRODUCTS )<br>COMPANY, a division of A.O. SMITH )<br>CORPORATION; et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 07-CV-84-MHT |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the attorneys of record.

                                               s/Connie Ray Stockham
                                               Connie Ray Stockham
State Bar No. STO040
Attorney for Clark-Reliance Corporation
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 252-2889
Fax: (205) 879-9990
E-Mail: crs@stockhampc.com