IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
**IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **JAMES R. BAIN, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 2:07-cv-84** |
| ) | |
| **GENERAL ELECTRIC CO., et al.** ) | |
| ) | |
| **Defendants.** ) | |

## GENERAL ELECTRIC COMPANY'S JOINDER IN SUNBEAM PRODUCTS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM

Defendant General Electric Company gives notice that it joins in Sunbeam Products, Inc.'s Motion for Partial Summary Judgment and Supporting Memorandum filed on April 14, 2008, and adopts as if fully set forth herein each of the grounds cited.

Respectfully submitted,

/s/ Jenelle R. Evans
One of the Attorneys for
General Electric Co.

**OF COUNSEL**:
S. Allen Baker, Jr.
Jenelle R. Evans

BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  All other parties will be served by regular U.S. Mail.

/s/ Jenelle R. Evans
Of Counsel