## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.** | § | |
| | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.: 2:07CV84-WKW** |
| | § | |
| **A.O. SMITH ELECTRICAL** | § | |
| **PRODUCTS COMPANY, a division** | § | |
| **of A.O. SMITH CORPORATION, et al.** | § | |
| | § | |
| **Defendants** | § | |

### JOINDER IN AND ADOPTION OF BORG-WARNER CORPORATION'S
### MOTION FOR PARTIAL MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant **SUNBEAM PRODUCTS INCORPORATED** and hereby joins

in and adopts Borg-Warner Corporation's Motion for Partial Summary Judgment attached hereto as

Exhibit "A" and filed on April 1, 2008, except as to those objections which are Borg-Warner

Corporation specific.

THIS, the 15th day of April, 2008.

**Respectfully submitted,**

**SUNBEAM PRODUCTS INCORPORATED**

**BY:** ___*/s/ Randi Peresich Mueller*___
    **RANDI PERESICH MUELLER, ASB-7546-R71M**
    **PAGE, MANNINO, PERESICH**
    **& McDERMOTT, P.L.L.C.**
    **460 BRIARWOOD DR., SUITE 415**
    **P.O. BOX 16450**
    **JACKSON, MS 39236-6450**
    **601-896-0114; FAX 601-896-0145**

## CERTIFICATE OF SERVICE

I, **RANDI PERESICH MUELLER**, of the law firm of PAGE, MANNINO, PERESICH &

MCDERMOTT, P.L.L.C., have this day filed by the ECF filing system, a true and correct copy of the

above and foregoing **SUNBEAM PRODUCTS INCORPORATED'S JOINDER IN BORG-**

**WARNER CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT** and have

served the Plaintiff's counsel and all Defense counsel a copy of the same by notification through the

ECF filing notification system.

THIS, the 15th day of April, 2008

       */s/ Randi Peresich Mueller*      
       **RANDI PERESICH MUELLER, ASB-7546-R71M**
       **PAGE, MANNINO, PERESICH**
       **& McDERMOTT, P.L.L.C.**
       **460 BRIARWOOD DR., SUITE 415**
       **P.O. BOX 16450**
       **JACKSON, MS 39236-6450**
       **601-896-0114; FAX 601-896-0145**

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMES R. BAIN, ET AL. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 2:07-84 |
| | ) | |
| A.O. SMITH ELECTRICAL | ) | |
| PRODUCTS, CO., ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

## MOTION FOR PARTIAL SUMMARY JUDGEMENT

COME NOW Borg-Warner Corporation by its Successors in Interest, BorgWarner Morse TEC, Inc.; Exteco, Inc. f/k/a Thermo Electric Co. Inc.; and The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. (hereinafter "Moving Defendants") and hereby move this Court for partial summary judgment in their favor and against certain Plaintiffs in this case. As grounds thereof, Moving Defendants would show unto the Court as follows:

1.    There are eleven plaintiffs in this case. Moving Defendants seek summary judgment and dismissals of the claims of four Plaintiffs on two grounds.

2.    Moving Defendants are NOT seeking summary judgment against the following plaintiffs at the current time: James R. Bain; Cline Ray Borden; Thomas G. Brock, II; Wanda C. Miller Individually and as representative for the Estate of Frank T. Miller; Frank Morrow; Ezra O. Sanford; and Roger Seymore.

## Undisputed Material Facts

3.    As shown at Exhibit 1, Plaintiff **Billy Ray Cunningham** had his first B readings on May 11, 2002, more than two years prior to the filing of this lawsuit on January 29, 2007, making his claims for damages in this suit barred by the Alabama statute of limitations.

4.    As shown at Exhibit 2, page 2, **Robert W. Harrison** died on October 12, 2005, in Walker County, Alabama. As shown at Exhibit 3, page 2, no estate had been established for Mr. Harrison as of March 27, 2008. As now more than two years has expired since Mr. Harrison's death, his claims for damages in this suit are barred by the Alabama statute of limitations.

5.    As shown at Exhibit 2, page 3, **Joseph J. Holcombe, Sr.** died in February, 2005; the Complaint alleges that Mr. Holcombe was last a resident of Mobile County, Alabama. As shown at Exhibit 3, page 3, no estate had been established for Mr. Holcombe as of March 27, 2008. As now more than two years has expired since Mr. Holcombe's death, his claims for damages in this suit are barred by the Alabama statute of limitations.

6.    As shown at Exhibit 2, page 4, **Manuel R. Williams** died on January 30, 2005, in Jefferson County, Alabama. As shown at Exhibit 3, page 4, no estate had been established for Mr. Williams as of March 27, 2008. As now more than two years has expired since Mr. Williams' death, his claims for damages in this suit are barred by the Alabama statute of limitations.

7.    Attached as Exhibit 4 is the Schedule of Parties required by MDL Rule 7.2 (a)(ii).

## Conclusion

8.    Moving Defendants contend that there is no genuine issue as to any material fact and that they are entitled to a judgment as a matter of law for the claims of the four Plaintiffs described herein.

WHEREFORE, PREMISES CONSIDERED, Moving Defendants respectfully request that their Motion for Partial Summary Judgment be granted as to the claims of the four Plaintiffs outlined herein, and that the claims against Moving Defendants and all other Defendants be dismissed with prejudice.

Respectfully submitted,

BORG-WARNER CORPORATION BY ITS SUCCESSORS IN INTEREST, BORGWARNER MORSE TEC, INC.; EXTECO, INC. F/K/A THERMO ELECTRIC CO. INC.; and THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC.

s/Rocky W. Eaton (EAT002)
COUNSEL FOR SAID DEFENDANTS

Of Counsel:

Rocky W. Eaton, EAT002

Aultman, Tyner, Ruffin & Swetman, Ltd.
315 Hemphill Street
P. O. Box 750
Hattiesburg, MS 39401
Phone: 601-583-2671
Facsimile: 601-583-2677

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st day of April, 2008 served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

s/ Rocky W. Eaton

3

# Exhibit 1

KILLY R. CUNNINGHAM

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PUBLIC HEALTH SERVICE**

DATE OF RADIOGRAPH

MONTH: 0 5   DAY: 1 2   YEAR: d0 0 2

CENTERS FOR DISEASE CONTROL
National Institute for Occupational Safety and Health
Federal Mine Safety and Health Act of 1977
Medical Examination Program

Coal Workers' Health Surveillance Program
NIOSH
PO Box 4258
Morgantown, West Virginia 26504

WORKER'S Social Security Number: 8 5 9 0

**ROENTGENOGRAPHIC INTERPRETATION**

Note: Please record your interpretation of a single film by placing an "x" in the appropriate boxes on this form.

TYPE OF READING: [ ] A  [X] B  [ ] P

FACILITY IDENTIFICATION: [ ][ ][ ][ ][ ]

**1. FILM QUALITY**
[1] [2] [X] U/R
(If not Grade 1, mark all boxes that apply)

[ ] Overexposed (dark)
[X] Underexposed (light)
[ ] Artifacts

[ ] Improper position
[ ] Poor contrast
[ ] Poor processing

[ ] Underinflation
[ ] Mottle
[ ] Other (please specify)

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES [ ]  Complete Sections 2B and 2C
NO [X]  Proceed to Section 3A

**2B. SMALL OPACITIES**
a. SHAPE/SIZE
PRIMARY: p  s / q  t / r  u
SECONDARY: p  s / q  t / r  u

b. ZONES
R  L
UPPER
MIDDLE
LOWER

c. PROFUSION
0/- 0/0 0/1
1/0 1/1 1/2
2/1 2/2 2/3
3/2 3/3 3/4

**2C. LARGE OPACITIES**
SIZE [ ] O [ ] A [ ] B [ ] C
Proceed to Section 3A

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES [X]  Complete Sections 3B, 3C
NO [ ]  Proceed to Section 4A

**3B. PLEURAL PLAQUES** (mark site, calcification, extent, and width)

| | Site | Calcification | Extent (chest wall; combined for in profile and face on) Up to 1/4 of lateral chest wall = 1, 1/4 to 1/2 of lateral chest wall = 2, > 1/2 of lateral chest wall = 3 | Width (in profile only) (3mm minimum width required) 3 to 5 mm = a, 5 to 10 mm = b, > 10 mm = c |
|---|---|---|---|---|
| Chest wall In profile | O [X] R L | [X] R L | | |
| Face on | O [X] R L | [X] R L | | |
| Diaphragm | [X] R L | O [X] R L | O [X] 1 [ ] 3 | O [X] a b c |
| Other site(s) | [X] R L | O [X] R L | [X] 1 [ ] 3 | [X] a b c |

**3C. COSTOPHRENIC ANGLE OBLITERATION**
[ ] R [ ] L  Proceed to Section 3D
NO [ ]  Proceed to Section 4A

**3D. DIFFUSE PLEURAL THICKENING** (mark site, calcification, extent, and width)

| | Site | Calcification | Extent (chest wall; combined for in profile and face on) Up to 1/4 of lateral chest wall = 1, 1/4 to 1/2 of lateral chest wall = 2, > 1/2 of lateral chest wall = 3 | Width (in profile only) (3mm minimum width required) 3 to 5 mm = a, 5 to 10 mm = b, > 10 mm = c |
|---|---|---|---|---|
| Chest wall In profile | O R L | O R L | O R L / 1 2 3 | O R L / a b c |
| Face on | O R L | O R L | O R L / 1 2 3 | O R L / a b c |

**4A. ANY OTHER ABNORMALITIES?**  RLL INFILTRATE
YES [X]  Complete Sections 4B, 4C, 4D, 4E
NO [ ]  Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**
aa at ax bu ca cg cn co cp cv di ef em es fr hi ho id ih ix me pa pb pi px ra rp tb

[OD]  If other diseases or significant abnormalities, findings must be recorded on reverse. (section 4C/4D)
HEALED RIB (R)

Date Physician or Worker notified?
MONTH   DAY   YEAR

**4E.** Should worker see personal physician because of findings in section 4? YES [X]  NO [ ]
Proceed to Section 5

**5. PHYSICIAN'S Social Security Number**
[ ][ ][ ][ ][ ][ ][ ][ ][ ]
* Furnishing your social security number is voluntary. Your refusal to provide this number will not affect your right to participate in this program.

FILM READER'S INITIALS: A J S

DATE OF READING
MONTH: 0 8   DAY: 1 0   YEAR: 2 0 0 2

S.C.H.O.N.F.E.L.D.   A.L.V.I.N.   J.   4 3 8 /W. ST. JAMES PL.
LAST NAME - STREET ADDRESS

C.H.I.C.A.G.O.
CITY

6 0 6 2 4
STATE   ZIP CODE

CDC/NIOSH (M) 2.8
REV. 6/02

# Exhibit 2

Exhibit 2 --- Page 1 of 4



Welcome to RootsWeb.com Sign in



DISCOVER MORE >

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|---|---|---|---|
| Last Name | HARRISON | 60058 | 60058 |
| First Name | ROBERT | 1353251 | 1153 |
| Birth Year/Month | 193█ | 73265 | 5 |

Viewing **1-5 of 5**



| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| ██████ | ████ | ████ | ██████ | ██████ | █████ | | ████ | 🛒 |
| ██████ | ████ | ████ | ██████ | | █████ | | ████ | 🛒 |
| ██████ | ██ | ████ | ██████ | ████ | █████ | | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |
| ROBERT W HARRISON | 1931 | 12 Oct 2005 (V) | 35549 (Carbon Hill, Walker, AL) | (none specified) | ████-7392 | Alabama | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |
| ██████ | ████ | ████ | ██████ | ████ | ████████ | | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |

Viewing **1-5 of 5**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

Exhibit 2 -- Page 2 of 4

1 of 2                                                                                   3/27/2008 3:16 PM

Welcome to RootsWeb.com Sign in

rootsweb  *Finding our roots together.*        DISCOVER MORE >

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|-------|-------|---------|---------|
| SSN | ███3591 | 1 | |

Viewing **1-1** of **1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| J HOLCOM | ██ 1958 | Feb 2005 (V) | (PE) | (none specified) | ███-3591 | Alabama | SS-5 Letter<br>Add Post-em<br>Search Ancestry.com | 🛒 |

Viewing **1-1** of **1**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

| Last name | | Exact |
|-----------|---|-------|
| First Name | | |
| Middle Name | | (initial) |
| SSN | ███3591 | |

**Last Residence**          **Last Benefit**

| Zip | | |
| State | | |
| County | | |
| City | | |

Birth
Year [ ]  Month [Any]  Day [Any]

Death
Year [ ]  Month [Any]
Issue [Any State]

Submit   Clear   Simple Search

Exhibit 2 --- Page 3 of 4

1 of 2                                                                                 3/27/2008 3:19 PM



# Social Security Death Index Search Results

81,074,156 Records
last updated on 2-22-2008

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|---|---|---|---|
| Last Name | WILLIAMS | 466693 | 466693 |
| First Name | MANUEL | 78597 | 86 |
| Birth Year | 1929 | | Scanned |
| Birth Month | | | Scanned |

Viewing **1-2** of **2**



| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | SS-5 Letter Add Post-em Search Ancestry.com | 🛒 |
| MANUEL R WILLIAMS | 1929 | 30 Jan 2005 (V) | 35116 (Morris, Jefferson, AL) | (none specified) | -6417 | Tennessee | SS-5 Letter Add Post-em Search Ancestry.com | 🛒 |

Viewing **1-2** of **2**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

| Last name | WILLIAMS | Exact |
|---|---|---|
| First Name | MANUEL | |
| Middle Name | | (initial) |
| SSN | | |

**Last Residence**        **Last Benefit**

Zip

State

County

City

Exhibit 2 -- Page 4 of 4

# Exhibit 3

Exhibit 3 --- Page 1 of 4

STATE OF MISSISSIPPI
COUNTY OF FORREST

### <u>AFFIDAVIT OF BRIDGET SMITH</u>

My name is Bridget Smith and I have personal knowledge of the matters in this affidavit.

On March 27, 2008, I placed a telephone call to the clerk of the Probate Court of Walker County, Alabama, requesting information on any estate that may have been established for Robert W. Harrison. I was informed by Julia Cagle, Deputy Probate Clerk, that no estate had been established for Robert W. Harrison in the Probate Court of Walker County, Alabama.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Bridget Smith

Sworn to and subscribed before me on this the 27th day of March, 2008.

_____
NOTARY PUBLIC

My Commission Expires _____

*(Notary seal: TAMMY M. MATLOCK, LAMAR COUNTY, MS — NOTARY PUBLIC — My Commission Expires March 23, 2011)*

Exhibit 3 --- Page 2 of 4

STATE OF MISSISSIPPI
COUNTY OF FORREST

## **AFFIDAVIT OF BRIDGET SMITH**

My name is Bridget Smith and I have personal knowledge of the matters in this affidavit.

On March 27, 2008, I placed a telephone call to the clerk of the Probate Court of Mobile County, Alabama, requesting information on any estate that may have been established for Joseph James Holcombe. I was informed by Joycelyn Ball, Deputy Probate Clerk, that no estate had been established for Joseph James Holcombe in the Probate Court of Mobile County, Alabama.

FURTHER AFFIANT SAYETH NAUGHT.

Bridget Smith

Sworn to and subscribed before me on this the 27th day of March, 2008.

NOTARY PUBLIC

My Commission Expires:

Exhibit 3 -– Page 3 of 4

STATE OF MISSISSIPPI
COUNTY OF FORREST

### <u>AFFIDAVIT OF BRIDGET SMITH</u>

My name is Bridget Smith and I have personal knowledge of the matters in this affidavit.

On March 27, 2008, I placed a telephone call to the clerk of the Probate Court of Jefferson County, Alabama, requesting information on any estate that may have been established for Manuel R. Williams. I was informed by Janice Roy, Deputy Probate Clerk, that no estate had been established for Manuel R. Williams in the Probate Court of Jefferson County, Alabama.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Bridget Smith

Sworn to and subscribed before me on this the 27th day of March, 2008.

_____
NOTARY PUBLIC

My Commission Expires:_____

Exhibit 3 --- Page 4 of 4

# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:  ASBESTOS PRODUCTS
        LIABILITY LITIGATION (NO. VI)**          **CIVIL ACTION NO.: MDL 875**

**This Document Relates to:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| JAMES R. BAIN, ET AL. | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) |
| V. | )  CIVIL ACTION NO.  2:07-CV-00084-WKS |
| | ) |
| A.O. SMITH ELECTRICAL | ) |
| PRODUCTS, CO., ET AL. | ) |
| | ) |
| DEFENDANTS | ) |

---

### SCHEDULE

---

U.S. District Court
Middle District of Alabama
CIVIL DOCKET FOR CASE #:  2:07-CV-00084-WKS

Assigned to:  Judge William Keith Watkins

James R. Bain

Cline Ray Borden

Thomas G. Brock, II

Billy Ray Cunningham

Willowdean Harrison
Individually and as representative of the
Estate of Robert W. Harrison

Patricia Holcombe

Individually and as representative of the
Estate of Joseph James Holcombe, Sr.

Wanda C. Miller
Individually and as representative for the
Estate of Frank T. Miller

Frank Morrow

Ezra O. Sanford

Roger Seymore

Lillian Williams
Individually and as representative for the
Estate of Manuel R. Williams, Sr.

v.

A.O. SMITH ELECTRICAL PRODUCTS COMPANY, a division of A.O. SMITH
CORPORATION;

A.O. SMITH CORPORATION;

ALBANY INTERNATIONAL;

ALLIS-CHALMERS CORPORATION;

AMERICAN STANDARD, INC.;

ARVINMERITOR, INC.;

ASTEN JOHNSON, INC., individually and as successor-in-interest to ASTEN, INC.,
successor-in-interest by way of name change to ASTEN GROUP, INC., formerly trading as
ASTEN-HILLS MANUFACTURING CO.;

BAYER CROPSCIENCE, INC., individual and as successor to AVENTIS
CROPSCIENCE USA, INC. f/k/a RHONE-POULENCE AG CO., f/k/a AMCHEM,
PRODUCTS, INC., BENJAMIN FOSTER CO.;

BELL & GOSSETT, a subsidiary of ITT INDUSTRIES;

BECHTEL CONSTRUCTION COMPANY;

BONDEX INTERNATIONAL INC.;

BORG WARNER CORPORATION by its successor in interest, BORGWARNER MORSE TEC INC.;

BP AMERICA, as successor in interest to AMOCO CHEMICAL COMPANY, AMOCO CHEMICALS COMPANY, PLASKON ELECTRONIC MINERALS, AVISUNCORP., CARBORUNDUM, ATLANTIC RICHFIELD COMPANY/ARCO METALS, as successor in interest to ANACONDA AMERICAN BRASS COMPANY, AMERICAN BRASS COMPANY, and ANACONDA COMPANY;

BP AMOCO CHEMICAL COMPANY;

BUFFALO PUMP INC.;

CLARK-RELIANCE CORPORATION;

CLEAVER BROOKS, a division of AQUA CHEM;

CONWED CORPORATION;

COOPER INDUSTRIES, LLC, f/n/a COOPER INDUSTRIES, INC., individually and as successor-in-interest to CROUSE-HINDS;

CRANE CO., individually and as successor in interest to DEMING PUMP, CYCLOTHERM, HYDRO-AIRE, LEAR ROMEC, RESISTOFLEX, SWARTWOUT CO., STOCKHAM VALVE COMPANY, WEINMAN PUMP COMPANY, CHEMPUMP, and BURKS PUMPS;

CRANE PUMPS SYSTEMS, individually and as successor to all pump companies acquired by CRANE;

CUTLER HAMMER, currently referred to as EATON ELECTRICAL, INC.;

EATON CORPORATION;

EMERSON ELECTRIC CO.;

EXTECO, INC., f/k/a THERMO ELECTRIC CO., INC.;

FMC CORPORATION, individually and on behalf of its former CONTRUCTION EQUIPMENT GROUP, and former PEERLESS PUMP DIVISION, COFFIN TURBO PUMPS, and CHICAGO PUMP, business;

FLAME REFRACTORIES, INC.;

FOSECO, INC.;

FOSTER-WHEELER CORPORATION;

GARLOCK SEALING TECHNOLOGIES L.L.C.;

GENERAL ELECTRIC CO.;

GOODYEAR TIRE AND RUBBER CO.;

GOULDS PUMPS INC.;

HARNISCHFEGER CORPORATION;

HOBART BROTHERS COMPANY;

HONEYWELL, INC., specifically excluding liability for NARCO, individually and as successor to ALLIED SIGNAL, BENDIX, WHEELABRATOR, RUST ENGINEERING, AND ALLIED CHEMICAL;

IMO INDUSTRIES, INC., formerly IMO DE LAVAL, formerly TRANSAMERICA DE LAVAL TURBINE;

INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE CARBORUNDUM COMPANY;

INGERSOLL-RAND COMPANY;

ITT INDUSTRIES INC.;

JOHN CRANE, INC., f/k/a JOHN CRANE PACKING COMPANY;

KAISER GYPSUM COMPANY, INC.;

KELLY-MOORE PAINT COMPANY, INC.;

THE LINCOLN ELECTRIC COMPANY;

MAREMONT CORPORATION;

METROPOLITAN LIFE INSURANCE COMPANY;

NIKKO MATERIALS USA, INC., d/b/a GOULD ELECTRONICS, INC., individually and as successor in interest to GOULDS, INC., IMPERAL CORPORATION, EASTMAN CORPORATION, IMPERIAL EASTMAN CORPORATION, ITE CIRCUIT BREAKER COMPANY, and CENTURY ELECTRIC;

OGLEBAY NORTON COMPANY;

OWENS-ILLINOIS, INC.;

P&H CRANES;

PNEUMO ABEX LLC, successor in interest to ABEX CORPORATION;

RAPID AMERICAN CORPORATION;

ROCKWELL AUTOMATION, successor by merger to ALLEN-BRADLEY CO., LLC;

SQUARE D COMPANY;

SUNBEAM PRODUCTS INCORPORATED, f/k/a SUNBEAM CORPORATION;

SURFACE COMBUSTION;

TH AGRICULTURE & NUTRITION, LLC;

THE MARLEY-WYLAIN COMPANY, d/b/a WELL-MCLAIN COMPANY, INC.;

UNION CARBIDE CORPORATION;

UNIROYAL FIBER AND TEXTILE & DIVISION OF UNIROYAL, INC.;

VIACOM INC., successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION

# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMES R. BAIN, ET AL. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.  2:07-84 |
| | ) | |
| A.O. SMITH ELECTRICAL | ) | |
| PRODUCTS, CO., ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGEMENT

CAME ON FOR CONSIDERATION the MOTION FOR PARTIAL SUMMARY JUDGEMENT filed by Borg-Warner Corporation by its Successor, BorgWarner Morse TEC, Inc.; Exteco, Inc. f/k/a Thermo Electric Co. Inc.; and The Marley-Wylain Company d/b/a Weil-McLain Company, Inc. The Court, having fully considered said Motion, and otherwise being fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Complaint, all amendments thereto, and all claims and causes of actions encompassed by the Complaint, and amendments thereto, including all claims or causes of action which were, or might have been,

asserted by Plaintiffs Billy Ray Cunningham; Willowdean Harrison Individually and as representative of the Estate of Robert W. Harrison; Patricia Holcombe Individually and as representative of the Estate of Joseph James Holcombe, Sr.; and Lillian Williams Individually and as representative for the Estate of Manuel R. Williams, Sr. against ALL DEFENDANTS, shall be and the same are hereby dismissed with prejudice, with each party to bear their own costs of the Court.

SO ORDERED this the _____ day of _____, 20__.


_____
HONORABLE JAMES T. GILES, U.S.D.J.

SUBMITTED BY:


Thomas W. Tyner, MSB # 8170
Christopher O. Massenburg, MSB # 100182
Rocky W. Eaton, MSB # 9632
Aultman, Tyner, Ruffin & Swetman, Ltd.
P.O. Drawer 750
Hattiesburg, MS 39403-0750
Phone: (601) 583-2671
Fax: (601) 583-2677