IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES R. BAIN, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) CV NO.: 2:07-84 |
| A.O. SMITH ELECTRICAL PRODUCTS CO., et al., | ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS EATON CORPORATION AND CUTLER HAMMER'S JOINDER IN (1) MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AND (2) BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants Eaton Corporation and Cutler Hammer, currently referred to as Eaton Electrical, Inc., by and through their attorneys of record, hereby join in and adopt by reference as if set forth fully herein (1) the Motion for Partial Summary Judgment [Document No. 215], and (2) the Brief Supporting the Motion for Partial Summary Judgment [Document No. 216] filed on behalf of Moving Defendants BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST, BORG WARNER MORSE TEC, INC., EXTECO, INC. F/K/A THERMO ELECTRIC CO., INC., THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC.

On this the 18th day of April, 2008.

        Respectfully submitted by,

        /s/ E. Bryan Nichols
        John A. Smyth, III
        E. Bryan Nichols
        T. Delawrence

        Attorneys for Defendants
        EATON CORPORATION AND
        CUTLER HAMMER, CURRENTLY REFERRED TO
        AS EATON ELECTRICAL, INC.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Ave. North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.524.1000
Fax: 205.254.1999

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct electronic version of the foregoing has been filed with the CM/ECF system, which will electronically serve all counsel of record on this the 18th day of April, 2008.

        /s/ E. Bryan Nichols
        Of Counsel