**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 21, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Bain et al v. A.O.Smith Electrical et al

Case Number:    2:07-cv-00084-WKW

Referenced Pleading:    Response to Motion

Docket Entry Number:    232

The referenced pleading was filed on ***April 18, 2008*** in this case and is hereby STRICKEN as a duplicate docket entry. This pleading was E-filed by counsel without contacting the Clerk's Office for the necessary corrections.

Docket Entry 232 was an erroneous duplicate docket entry. Parties are instructed to disregard #232 docketing entry and refer to docket entry # 234 for correct entry.