**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re: Asbestos Products Liability Litigation (No. VI); MDL 875**

**Regarding:**
**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **JAMES R. BAIN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  2:07CV84-WKW** |
| | ) | |
| **A. O. SMITH ELECTRICAL** | ) | |
| **PRODUCTS COMPANY,** | ) | |
| **a division of A. O. SMITH** | ) | |
| **CORPORATION, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT A.O.SMITH ELECTRICAL PRODUCTS COMPANY'S JOINDER IN**
**MOVING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND**
**BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

COME NOW, defendants A.O. Smith Corporation and A.O. Smith Electrical Products

Company by and through its attorneys of record, and hereby joins in and adopts by references as

if set forth fully herein, the Motion for Partial Summary Judgment (Doc. 215) and the Brief

Supporting the Motion for Partial Summary Judgment (Doc. 216) filed on behalf of Moving

Defendants, BORG-WARNER CORPORATION BY ITS SUCCESSORS IN INTEREST,

BORG-WARNER MORSE TEC, INC., EXTECO, INC. F/K/A THERMO ELECTRIC CO.,

INC,; AND THE MARLEY-WYLAIN COMPANY D/B/A WEIL-MCLAIN COMPANY, INC.

s/ James L. Pattillo
JAMES L. PATTILLO
ASB-2746-A49-P
E-mail:  jpattillo@NWKT.com

**OF COUNSEL:**

Norman, Wood, Kendrick & Turner
Financial Center – Suite 1600
505 20th Street North
Birmingham, Alabama  35203
Tel:    (205) 328-6643
Fax:    (205) 251-5479
Email:  jpattillo@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 23rd day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

s/ James L. Pattillo
Of Counsel