IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigations (No. VI); MDL 875

Regarding:
The United States District Court
Middle District of Alabama

| | |
|---|---|
| JAMES R. BAIN, et al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:07-CV-84-WKW |
| A.O. SMITH ELECTRICAL ) | |
| PRODUCTS, CO., et al., ) | |
| ) | |
| DEFENDANTS. ) | |

**OGLEBAY NORTON COMPANY'S JOINDER IN SUNBEAM PRODUCTS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM**

COMES NOW Defendant, Oglebay Norton Company, by and through undersigned counsel, and hereby joins in and adopts the Motion for Partial Summary Judgment and Supporting Memorandum filed on April 14, 2008, by Defendant, Sunbeam Products, Inc. By so joining, Oglebay Norton Company does not waive any defenses otherwise available to it.

THIS 29th day of April, 2008.

                Respectfully submitted,

                Oglebay Norton Company


           By: s/ Cyrus C. Barger, III
                Cyrus C. Barger, III, AL Bar #BAR137

JUDE & JUDE, PLLC
6424 U. S. Hwy 98 West, Suite 50
P. O. Box 17468
Hattiesburg, MS 39404-7468
Telephone: (601) 579-8411
Facsimile: (601) 579-8461

## CERTIFICATE OF SERVICE

I, Cyrus C. Barger, III, counsel for Oglebay Norton Company, do hereby certify that I have this day electronically filed, a true and correct copy of the above and foregoing Oglebay Norton Company's Joinder in Sunbeam Products, Inc.'s Motion for Partial Summary Judgment and Supporting Memorandum with the Clerk of the Court and Plaintiff's counsel and have served all known Defense counsel via e-transmission.

THIS, 29th day of April, 2008.

s/ Cyrus C. Barger, III_____
Cyrus C. Barger, III

F:\FILES\FEI\Al\Joinders\Bain_James_R_Jndr_Sunbeam_Products_MTD_042208.doc