IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
**THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **JAMES R. BAIN, et al.,**         )<br>                                                       )<br>                                                       )<br>          **Plaintiffs,**                 )<br>vs.                                               )<br>                                                       )<br>**A.O. ELECTRICAL PRODUCTS,**  )<br>**CO., et al.,**                             )<br>                                                       )<br>          **Defendants.**             )<br>                                                       )<br>                                                       ) | **Civil Action No.:**<br><br>**2:07-84** |

## MOTION TO DISMISS CERTAIN PLAINTIFFS

COMES NOW the following Plaintiffs, by and through counsel of record, and hereby files this **Motion to Dismiss Without Prejudice** of all claims under the above-styled Complaint as to the following Plaintiffs *only*:

1. **Willodean Harrison,** personal representative of **Robert W. Harrison,** deceased

2. **Patricia Holcombe,** personal representative of **Joseph J. Holcombe, Sr.,** deceased

3. **Lillian Williams,** personal representative of **Manuel R. Williams**, deceased.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　__s/__ G. Patterson Keahey, Jr.___

        G. PATTERSON KEAHEY, JR.
        ASB-6357-A64G
        G. PATTERSON KEAHEY, P.C.
        One Independence Plaza, Suite 612
        Birmingham, Alabama  35209
        205-871-0707 (telephone)
        205-871-0801 (fax)
        info@mesohelp.com (e-mail)
        Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system and sent via US Mail to the Clerk of the U.S District, Eastern District of Pennsylvania.
    On this 29th day of April, 2008


        __s/__G. Patterson Keahey, Jr.___



        Respectfully submitted,



        _____.
        G. Patterson Keahey, Jr.
        Law Offices of G. Patterson Keahey, P.C.
        One Independence Plaza, Suite 612
        Birmingham, Alabama 35209
        Telephone:  (205) 871-0707
        Facsimile:  (205) 871-0801
        E-mail: info@mesohelp.com

IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
**THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| **JAMES R. BAIN, et al.,**<br><br>         **Plaintiffs,**<br>vs.<br><br>**A.O. ELECTRICAL PRODUCTS, CO., et al.,**<br><br>         **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No.:**<br><br>**2:07-84** |
|---|---|---|

### ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

This cause coming before the Court and the Court being fully advised of the Stipulation of Dismissal without Prejudice filed herein, IT IS HEREBY ORDERED that the claims of certain Plaintiffs listed below against All Defendants, be dismissed without prejudice, per stipulation of the parties, each party to bear its own costs:

**1. Willodean Harrison,** personal representative of **Robert W. Harrison,** deceased

**2. Patricia Holcombe,** personal representative of **Joseph J. Holcombe, Sr.,** deceased

**3. Lillian Williams,** personal representative of **Manuel R. Williams**, deceased.

ACCORDINLY, the claims of the Plaintiffs listed above against All Defendants are hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own costs.

SO ORDERED THIS _____DAY OF _____, 2008

 

_____
THE HONORABLE JAMES T. GILES
UNITED STATES DISTRICT COURT JUDGE